UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JAMES M. MALONEY,

              Plaintiff,                                  CV 03-786 (ADS) (MLO)

  - against -

                                                       STIPULATION
ELIOT SPITZER, in his official capacity as         ~~AND ORDER~~
Attorney General of the State of New York, and his
successors,

              Defendants.
-----------------------------------------------------------------X

       **WHEREAS** Plaintiff intends to move for summary judgment; and

       **WHEREAS** the Rule 56.1 Statements and Counter-statements have been exchanged by the parties; and

       **WHEREAS** the Honorable Arthur D. Spatt has indicated that he does not wish to hold a pre-motion conference,

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the parties to the above-captioned action that Plaintiff shall serve all papers in support of his motion for summary judgment on or before  9/10/04 , that Defendant shall serve all papers in opposition within  60  days of the date of service of Plaintiff's motion papers, and that Plaintiff shall serve all papers in reply within  15  days of the date of service of Defendant's opposition papers. For purposes of this stipulation, "date of service"

where used to start a time period defined herein shall mean five days after the date of mailing of papers sent by regular mail, or the date of receipt of such papers if such papers were served by hand or by overnight courier.

Dated: June 1̸8̸, 2004

*[signature]*

JAMES M. MALONEY (JM-3352)
Law Office of James M. Maloney
*Plaintiff Pro Se*
33 Bayview Avenue
Port Washington, New York 11050

(516) 767-1395

ELIOT SPITZER
Attorney General of the State of New York

By: *[signature]*

Dorothy Oehler Nese (DN-9327)
Assistant Attorney General
*Attorney for Defendant*
200 Old Country Road
Mineola, New York 11501

(516) 248-3302

So ordered this _____ day of June, 2004.

_____
U.S.M.J.