ADMITTED TO PRACTICE IN:
NEW YORK; NEW JERSEY;
UNITED STATES SUPREME
COURT; UNITED STATES
COURTS OF APPEAL FOR
SECOND AND THIRD CIRCUITS;
SOUTHERN AND EASTERN
DISTRICTS OF NEW YORK;
DISTRICT OF NEW JERSEY;
DISTRICT OF CONNECTICUT;
NORTHERN DISTRICT OF
ILLINOIS; UNITED STATES
COURT OF INTERNATIONAL
TRADE.

**JAMES M. MALONEY**
ATTORNEY AT LAW
PROCTOR IN ADMIRALTY

P.O. BOX 551
33 BAYVIEW AVENUE
PORT WASHINGTON, NY 11050

TEL: (516) 767-1395
FAX: (516) 767-1326

E-MAIL ADDRESS:
jmm257@nyu.edu

URL:
http://home.earthlink.net/~jmm80

RECEIVED IN CHAMBERS

August 9, 2004

AUG 12

*By hand*

Dorothy Oehler Nese, Esq.
Assistant Attorney General, State of New York
200 Old Country Road, Suite 460
Mineola, NY 11501

       Re:    *Maloney v. Spitzer* (CV- 03-786) (ADS) (MLO)

Dear Ms. Nese:

      Enclosed, in support of my motion for summary judgment in the above-captioned case, are:

(1) my Declaration with attached Exhibits 1 through 12;
(2) a memorandum of law; and
(3) a courtesy copy of Professor William Van Alstyne's essay, "The Second Amendment and the Personal Right to Arms," 43 Duke L.J. 1236 (1994).

      Per the terms of the Stipulation of June 18, 2004, your response should be served by Friday, October 8, 2004.

                                     Very truly yours,

                                      James M. Maloney

cc (by regular mail, without enclosures):

Hon. Arthur D. Spatt
United States District Court Judge
United States District Court, E.D.N.Y.
100 Federal Plaza
Central Islip, New York 11722

Hon. Michael L. Orenstein
Magistrate Judge
United States District Court, E.D.N.Y
100 Federal Plaza
Central Islip, New York 11722