ADMITTED TO PRACTICE IN:
NEW YORK; NEW JERSEY;
UNITED STATES SUPREME
COURT; UNITED STATES
COURTS OF APPEAL FOR
SECOND AND THIRD CIRCUITS;
SOUTHERN AND EASTERN
DISTRICTS OF NEW YORK;
DISTRICT OF NEW JERSEY;
DISTRICT OF CONNECTICUT;
NORTHERN DISTRICT OF
ILLINOIS; UNITED STATES
COURT OF INTERNATIONAL
TRADE.

# JAMES M. MALONEY
ATTORNEY AT LAW
PROCTOR IN ADMIRALTY

P.O. BOX 551
33 BAYVIEW AVENUE
PORT WASHINGTON, NY 11050

TEL: (516) 767-1395
FAX: (516) 767-1326

E-MAIL ADDRESSES:
maritimelaw@nyu.edu
jmm80@earthlink.net

November 30, 2004

**LETTER FILED VIA ECF**

Hon. Michael L. Orenstein (without enclosures)
Magistrate Judge
United States District Court, E.D.N.Y
100 Federal Plaza
Central Islip, New York 11722

   Re: *Maloney v. Spitzer* (CV- 03-786) (ADS) (MLO)

Honorable Sir:

  I am writing to request an adjournment of the status conference currently scheduled before Your Honor for December 3, 2004. A request for adjournment was previously made but was denied by Your Honor on November 1 without prejudice to renew if my dispositive motion remain pending as of this date.

  As that appears to be the case, I respectfully renew my request.

              Very truly yours,

              /s/

              James M. Maloney

cc (by fax):

Dorothy Oehler Nese, Esq.
Assistant Attorney General
State of New York
200 Old Country Road, Suite 460
Mineola, NY 11501