ADMITTED TO PRACTICE IN:
NEW YORK; NEW JERSEY;
UNITED STATES SUPREME
COURT; UNITED STATES
COURTS OF APPEAL FOR
SECOND AND THIRD CIRCUITS;
SOUTHERN AND EASTERN
DISTRICTS OF NEW YORK;
DISTRICT OF NEW JERSEY;
DISTRICT OF CONNECTICUT;
NORTHERN DISTRICT OF
ILLINOIS; UNITED STATES
COURT OF INTERNATIONAL
TRADE.

# JAMES M. MALONEY
## ATTORNEY AT LAW
### PROCTOR IN ADMIRALTY

TEL: (516) 767-1395
FAX: (516) 767-1326

E-MAIL ADDRESSES:
maritimelaw@nyu.edu
jmm80@earthlink.net

P.O. BOX 551
33 BAYVIEW AVENUE
PORT WASHINGTON, NY 11050

FILED
U.S. DISTRICT COURT E.D.N.Y.
DEC 1 2004
LONG ISLAND OFFICE

November 30, 2004

LETTER FILED VIA ECF

Hon. Michael L. Orenstein (without enclosures)
Magistrate Judge
United States District Court, E.D.N.Y
100 Federal Plaza
Central Islip, New York 11722

*[Handwritten: 12/1/04 Conference adjourned to 1/20/05 at 3:00 PM. So Ordered, Michael L. Orenstein, USMJ]*

Re: *Maloney v. Spitzer* (CV- 03-786) (ADS) (MLO)

Honorable Sir:

I am writing to request an adjournment of the status conference currently scheduled before Your Honor for December 3, 2004. A request for adjournment was previously made but was denied by Your Honor on November 1 without prejudice to renew if my dispositive motion remains pending as of this date.

As that appears to be the case, I respectfully renew my request.

Very truly yours,

James M. Maloney

cc (by fax):

Dorothy Oehler Nese, Esq.
Assistant Attorney General
State of New York
200 Old Country Road, Suite 460
Mineola, NY 11501