UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
JAMES M. MALONEY,

                Plaintiff(s),

    -against-

ELIOT SPITZER, *et al.*,

                Defendant(s).
------------------------------------------------------X

**ORDER**

CV 03-786 (ADS)

       The above conference scheduled for **January 20, 2005** is **adjourned.**

       All parties are directed to appear at a conference to be held in this case at **3:00 p.m.** on **February 2, 2005** before Michael L. Orenstein, United States Magistrate Judge, at the **Long Island Federal Courthouse, N. Spur Drive at Carleton Avenue, Courtroom 840, Central Islip, New York.**

       The Clerk is directed to mail a copy of this Order to counsel for all parties appearing in this case.

       SO ORDERED.

Dated:  Central Islip, New York
          January 10, 2005

                                        MICHAEL L. ORENSTEIN
                                        United States Magistrate Judge