*by facsimile, with permission, to 631-712-5705*

February 1, 2005

Hon. Michael L. Orenstein
Chief Magistrate Judge
United States District Court, E.D.N.Y.
Alfonse D'Amato Courthouse
100 Federal Plaza
Central Islip, New York 11722

                                                Re.:    <u>Maloney v. Spitzer</u> (CV- 03-786)
                                                                    (Spatt, J.)(Orenstein, M.)

Dear Honorable Sir:

        I am counsel of record for New York State Attorney General Eliot Spitzer, named Defendant in the above-captioned case. We are awaiting a decision from Judge Spatt on a fully-briefed motion for summary judgment in the above case. There are no outstanding discovery issues to be resolved. Plaintiff and I hereby request that the conference scheduled for tomorrow be adjourned to April 11, 2005, at 9:30 a.m, following the conference currently scheduled for a related case filed by Plaintiff against Nassau County.

        Thank you for your kind consideration of my request.

                                                         Very truly yours,

                                                         Dorothy Oehler Nese (DON9327)
                                                         Assistant Attorney General

cc.:    James M. Maloney
            Attorney at Law and Plaintiff *pro se*
            33 Bayview Avenue
            Port Washington, New York 12224-0341