*by e-filing and hard copy*

April 6, 2005

*[Handwritten: 4/7/05 Conference adjourned to 6/10/05 at 4:00 PM So Ordered. USMJ]*

Chief Magistrate Judge Michael L. Orenstein
c/o Chief Clerk, United States District Court
P.O. Box 9014
Central Islip, New York 11722-9014

Re.: <u>Maloney v. Spitzer</u> (CV- 03-786)
(Spatt, J.)(Orenstein, M.)

Dear Honorable Sir:

      I am counsel of record for New York State Attorney General Eliot Spitzer, named Defendant in the above-captioned case. We are awaiting a decision from Judge Spatt on a fully-briefed motion for summary judgment in the above case. There are no outstanding discovery issues to be resolved. Plaintiff and I hereby request that the conference scheduled for Monday, April 11, 2005 be adjourned, *sine die*, or until some later date at the Court's convenience, pending a decision by Judge Spatt on the summary judgment motion.

      Thank you for your kind consideration of our request.

Very truly yours,

Dorothy Oehler Nese (DON9327)
Assistant Attorney General

cc.: James M. Maloney
      Attorney at Law and Plaintiff *pro se*
      33 Bayview Avenue
      Port Washington, New York 12224-0341