ADMITTED TO PRACTICE IN:
NEW YORK; NEW JERSEY;
UNITED STATES SUPREME
COURT; UNITED STATES
COURTS OF APPEAL FOR
SECOND AND THIRD CIRCUITS;
SOUTHERN AND EASTERN
DISTRICTS OF NEW YORK;
DISTRICT OF NEW JERSEY;
DISTRICT OF CONNECTICUT;
NORTHERN DISTRICT OF
ILLINOIS; UNITED STATES
COURT OF INTERNATIONAL
TRADE; UNITED STATES
COURT OF FEDERAL CLAIMS.

JAMES M. MALONEY
ATTORNEY AT LAW
PROCTOR IN ADMIRALTY

P.O. BOX 551
33 BAYVIEW AVENUE
PORT WASHINGTON, NY 11050

TEL: (516) 767-1395
FAX: (516) 767-1326

E-MAIL ADDRESS:
maritimelaw@nyu.edu

URL:
http://home.earthlink.net/~jmm80

June 6, 2005

Hon. Michael L. Orenstein
Chief Magistrate Judge
United States District Court, E.D.N.Y
100 Federal Plaza
Central Islip, New York 11722

FILED VIA ECF

Re:   *Maloney v. Spitzer* (CV- 03-786) (ADS) (MLO)

Honorable Sir:

I am the *pro se* Plaintiff in the above-captioned case.

There remains a dispositive motion pending before Judge Spatt, and no discovery is sought by either party. Accordingly, and having conferred with opposing counsel (who joins this request), it is respectfully requested that the conference before Your Honor scheduled for this Friday, June 10, be adjourned.

Respectfully,

James M. Maloney

cc.:   Dorothy Oehler Nese, Esq.
       Assistant Attorney General, State of New York
       200 Old Country Road, Suite 460
       Mineola, NY 11501