**THOMAS R. SUOZZI**
County Executive



**LORNA B. GOODMAN**
County Attorney

IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

AUG    2005

LONG ISLAND OFFICE

COUNTY OF NASSAU
OFFICE OF THE COUNTY ATTORNEY
One West Street
Mineola, New York 11501-4820
PHONE: 516-571-3056  FAX: 516-571-3058
Writer's Direct Line: 516-571-3014

August 9, 2005

*8/10/05*
*Conferences in below captioned*
*actions are adjourned to 10/3/05*
*at 10:30 AM*

(Via ECF and U.S. Mail)

Hon. Michael L. Orenstein
United States District Court
Eastern District of New York
P.O. Box 9014
Central Islip, New York 11722

*Maloney v. Spitzer (CV 03-0786 (ADS)*

Re:   James Maloney v. The County of Nassau, et al.
       CV-03-4178 (SLT) (MLO)

*So Ordered*
*USMJ*

Dear Magistrate Judge Orenstein:

This office represents the County of Nassau, the Nassau County Police Department, District Attorney Denis Dillon and Joan P. Yale (the "County Defendants"), four of the defendants in the above-referenced litigation. For the reasons set forth below, it is respectfully requested that the status conference presently scheduled for Thursday, August 11, 2005 be adjourned pending disposition of the outstanding dispositive motions.

Dispositive motions filed by each of the defendants, respectively, remain undecided. Oral Argument was held before the Honorable Sandra L. Townes on June 24, 2005 and the Judge reserved decision.

In an effort to resolve one of the issues in this litigation, plaintiff will be contacting the Nassau County Police Department to arrange for the release of his rifles, shotgun and cross-bow. Upon completion of that process, the parties shall notify the Court of that final resolution.

The undersigned has received consent for this requested adjournment from plaintiff's counsel, Victor Serby, Esq., and from Robert Seiden's attorney, Stanley Fischer, Esq. A message was left for Assistant Attorney General Lori Pack who represents defendants John Johnson and David Peters.

Accordingly, it is respectfully requested that this Court adjourn the August 11th conference. Thank you for your attention in this matter.

Respectfully submitted,

Liora M. Ben-Sorek (LMB 1971)
Deputy County Attorney

cc: Victor Serby, Esq. (via ECF)
Stanley Fischer, Esq. (via ECF)
Lori L. Pack, Esq. (via ECF)