AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## Eastern District of New York

JAMES M. MALONEY,
        Plaintiff,
- against -

ELIOT SPITZER, in his official capacity as Attorney General of the State of New York,
GEORGE PATAKI, in his official capacity as Governor of the State of New York, and
DENIS DILLON, in his official capacity as District Attorney of the County of Nassau, and their successors,

        Defendants.

SUPPLEMENTAL

SUMMONS IN A CIVIL CASE

CASE NUMBER:

SPATT, J

ORENSTEIN, M.J.

CV 03-786

TO: (Name and address of defendant)

Denis Dillon, Esq.
262 Old Country Road
Mineola, NY 11501

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JAMES M. MALONEY (JM-3352), Attorney at Law and Plaintiff pro se

33 Bayview Avenue

Port Washington, New York 11050

(516) 767-1395

amended verified complaint

an answer to the ~~complaint~~ which is herewith served upon you, within _____ TWENTY (20) _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

This supplemental summons and amended verified complaint are being served upon you consistently with the Memorandum of Decision and Order of the Honorable Arthur D. Spatt dated August 31, 2005, a true copy of which is attached hereto.

ROBERT C. HEINEMANN
CLERK

(BY) DEPUTY CLERK

FEB 18 2003
DATE

modified as a supplemental summons conforming to the amended verified complaint on September 1, 2005

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of supplemental summons and amended verified complaint was made as detailed herein and also by certified mail.* | DATE  September 7, 2005 |
| NAME OF SERVER *(PRINT)*  James Michael Maloney | TITLE  Attorney at Law |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:
  262 Old Country Road
  Mineola, NY 11501

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: __Jim Kelly__

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL $0.00 | SERVICES $0.00 | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  __9/07/05__                    _____
                     Date                          Signature of Server

33 Bayview Avenue, Port Washington, NY 11050
*Address of Server*

\* Upon information and belief, service on this defendant of the supplemental summons and amended verified complaint was also made by certified mail, return receipt requested, article number 7004 2510 0000 5910 8758, with additional copies of the supplemental summons and amended verified complaint personally delivered to an Assistant Attorney General. A separate affidavit of service as to such additional service will be filed.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.