AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     :   ss.:
COUNTY OF NASSAU     )

The undersigned, being duly sworn, deposes and says:

Deponent is not a party to this action and is over 18 years of age.

On the 6th day of September, 2005, deponent served the SUPPLEMENTAL SUMMONS & AMENDED VERIFIED COMPLAINT in the matter of *Maloney v. Spitzer, et al.*, CV-03 786 (E.D.N.Y.) upon the following parties:

Governor George E. Pataki            Denis Dillon, Esq.
State Capitol                        District Attorney, County of Nassau
Albany, NY 12224                     262 Old Country Road
                                     Mineola, NY 11501

by causing true copies of same, enclosed in sealed postpaid envelopes, each bearing the legend "URGENT LEGAL MAIL" in capital letters and addressed to each of the above parties at the addresses set forth above, to be sent to each by Certified Mail, Return Receipt Requested, via the United States Postal Service. An additional copy of said SUPPLEMENTAL SUMMONS & AMENDED VERIFIED COMPLAINT was served by causing the same to be hand-delivered to an Assistant Attorney General at 200 Old Country Road, Suite 460, Mineola, NY 11501 at 10:15 a.m./p.m. on the 7th day of September, 2005.

Debra R. Comer

Subscribed and sworn to before me
this 7th day of September, 2005

NOTARY PUBLIC

**JAMES M. MALONEY**
Notary Public, State of New York
No. 02MA5067250
Qualified in Nassau County
Commission Expires October 15, 2006

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## *Eastern District of New York*

JAMES M. MALONEY

                          SUMMONS IN A CIVIL CASE

      V.

ELIOT SPITZER, in his official capacity as Attorney General of the State of New York, and DENIS DILLON, in his official capacity as District Attorney of the County of Nassau, and successors

CASE NUMBER: CV-03 786 SPATT, J. ORENSTEIN, M.J.

TO: (Name and address of defendant)

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JAMES M. MALONEY (JM-3352), Attorney at Law and Plaintiff pro se

33 Bayview Avenue

Port Washington, New York 11050

(516) 767-1395

jmm257@nyu.edu

http://homepages.nyu.edu/~jmm257

an answer to the complaint which is herewith served upon you, within ___TWENTY (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

ROBERT C. HEINEMANN            FEB 18 2003

CLERK                                       DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## *Eastern District of New York*

JAMES M. MALONEY

                                                   SUMMONS IN A CIVIL CASE

v.                            CASE NUMBER:  CV-03 786

ELIOT SPITZER, in his official capacity as
Attorney General of the State of New York, and         SPATT, J.
DENIS DILLON, in his official capacity as District
Attorney of the County of Nassau, and successors     ORENSTEIN, M.J.

TO: (Name and address of defendant)

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JAMES M. MALONEY (JM-3352), Attorney at Law and Plaintiff pro se

33 Bayview Avenue

Port Washington, New York 11050

(516) 767-1395

jmm257@nyu.edu

http://homepages.nyu.edu/~jmm257

an answer to the complaint which is herewith served upon you, within   TWENTY (20)   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

ROBERT C. HEINEMANN                                 FEB 1 8 2003

CLERK                                                                                   DATE

(BY) DEPUTY CLERK