UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
JAMES M. MALONEY,

                              Plaintiff,

    - against -                                  **NOTICE OF APPEARANCE**

                                                                  03-cv-786 (ADS)(MLO)

ELIOT SPITZER, in his official capacity as Attorney General
Of the State of New York, GEORGE PATAKI, in his
Official capacity as Governor of the State of New York,
And DENIS DILLON, in his official capacity as District Attorney
Of the County of Nassau, and their successors,

                              Defendants.
-----------------------------------------------------------------------X

PLEASE TAKE NOTICE that Lorna B. Goodman, County Attorney for the County of Nassau, by Tatum J. Fox, Deputy County Attorney, appears for the Defendant, DENIS DILLON, and that a copy of all notices and other papers herein are to be served upon the undersigned.


Dated:  Mineola, New York
           September 29, 2005

                                            LORNA B. GOODMAN
                                            Nassau County Attorney


                        By:    _____
                              Tatum J. Fox (TF-5905)
                              Deputy County Attorney
                              One West Street
                              Mineola, New York 11501
                              (516) 571-3044