BEFORE: MICHAEL L. ORENSTEIN      DATE October 3, 2005
UNITED STATES MAGISTRATE JUDGE    TIME ON: 10:30
                                    TIME OFF:

DOCKET# CV 03-786              ASSIGNED JUDGE: SPATT

CASE NAME: Maloney v. Spitzer

### CIVIL CONFERENCE

Initial ___   Status X   Discovery ___   Settlement ___

Pretrial ___   Pre-Motion ___

Motion _____

TAPE # _____

APPEARANCES:   Plaintiff _____

                Defendant _____

Discovery completed by _____

*The discovery completion date specified in any pre-trial order is the last day to serve discovery responses. To be timely, discovery requests must be served sufficiently in advance of the discovery completion date for responses to be served prior to the discovery completion date.

Next _____ conference  12/1/05 at 11:00AM

Pre-Trial Order filed by _____

          Plaintiff _____

          Defendant _____

THE FOLLOWING RULINGS WERE MADE: Governor's ~~_____~~ time to appear is extended to 12/1/05. Also, certiorari is being sought in a somewhat applicable case. By next conference we may know if Supreme Court has granted certiorari.