UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X

JAMES MALONEY,                                                                     CV-03-0786 (ADS) (MLO)

                    Plaintiff,

                                                    **NOTICE OF APPEARANCE**

    -against-

ELIOT SPITZER, GEORGE PATAKI, and
DENIS DILLON, in his official capacity as
District Attorney of the County of Nassau,
and his successors,

                    Defendants.
--------------------------------------------------------X

**PLEASE TAKE NOTICE** that LORNA B. GOODMAN, Nassau County Attorney, by Liora M. Ben-Sorek, Deputy County Attorney, appears for defendant Denis Dillon in the above-captioned action in place and stead of Deputy County Attorney Tatum Fox.

**PLEASE TAKE FURTHER NOTICE** that all future correspondence and documents should be addressed to the undersigned and the Electronic Case Filing ("ECF") should remove Ms. Fox as a notification contact.

Dated:  Mineola, New York
          January 24, 2006

                                                            LORNA B. GOODMAN
                                                            Nassau County Attorney

                                                            By:_____
                                                            Liora M. Ben-Sorek (LMB 1971)
                                                           Deputy County Attorney
                                                          One West Street
                                                          Mineola, New York 11501
                                                          (516) 571-3014
                                                          Attorneys for County Defendants

To:    James M. Maloney, Plaintiff *Pro Se* (Via ECF)
        Dorothy O. Nese, Esq. (Via ECF)