UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JAMES M. MALONEY,

                            Plaintiff,                                CV 03-786  (ADS) (MLO)

      - against -                                                        **STIPULATION**

ELIOT SPITZER, in his official capacity as Attorney
General of the State of New York,
GEORGE PATAKI, in his official capacity as Governor
of the State of New York, and
DENIS DILLON, in his official capacity as District
Attorney of the County of Nassau, and their successors,

                            Defendants.

------------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED** among all parties that, should a Rule 12 or Rule 56 dispositive motion be made by any party, the time by which a response must be served shall be on the 30th day after service of the moving papers is complete, and the time by which a reply must be served shall be on the 30th day after service of the response papers is complete.  If properly addressed and mailed by regular mail, three days from the date of mailing shall be added to determine the date of completion of service; if served by other means, completion shall be the date of receipt.  Filing shall be in accordance with the Judge's Individual Rules, the Local Rules, and the Federal Rules of Civil Procedure.

**IT IS FURTHER STIPULATED AND AGREED** among all parties that the caption hereof may be amended to reflect the name of the individual currently holding the office of District Attorney of the County of Nassau, namely, KATHLEEN RICE.

Dated: March 30, 2006

_____
JAMES M. MALONEY (JM-5297)
Law Office of James M. Maloney
*Plaintiff Pro Se*
33 Bayview Avenue
Port Washington, New York 11050

(516) 767-1395

ELIOT SPITZER
Attorney General of the State of New York

By: _____
Dorothy Oehler Nese (DN-9327)
Assistant Attorney General
*Attorney for Defendants SPITZER and PATAKI*
200 Old Country Road
Mineola, New York 11501

(516) 248-3302


LORNA B. GOODMAN
Nassau County Attorney

By: _____
Liora M. Ben-Sorek (LB-1971)
Deputy County Attorney
*Attorney for Defendant DILLON/RICE*
One West Street
Mineola, New York 11501

(516) 571-3014


So ordered this _____ day of _____, 2006,

_____
U.S.D.J./U.S.M.J.

Page 2 of 2