BEFORE: MICHAEL L. ORENSTEIN  DATE APRIL 11, 2006
UNITED STATES MAGISTRATE JUDGE  TIME ON: 2:30
TIME OFF: _____

DOCKET# CV 03-786   ASSIGNED JUDGE: SPATT

CASE NAME: Maloney v. Spitzer

CIVIL CONFERENCE

Initial___  Status X  Discovery ___  Settlement ___

Pretrial___  Pre-Motion ___

Motion_____

TAPE #_____

APPEARANCES:  Plaintiff  _____

Defendant  _____

Discovery completed by  _____

*The discovery completion date specified in any pre-trial order is the last day to serve discovery responses. To be timely, discovery requests must be served sufficiently in advance of the discovery completion date for responses to be served prior to the discovery completion date.

Next _____ conference  5/3/06 at 10:30 AM

Pre-Trial Order filed by  _____

Plaintiff  _____

Defendant  _____

THE FOLLOWING RULINGS WERE MADE: Parties shall submit a briefing schedule re: 12(b) motion by April 21, 2006 to District Judge Spatt. If schedule has been submitted to Judge Spatt then the next conference date will be adjourned upon ECF request.