<table>
<tr><td>ADMITTED TO PRACTICE IN:<br>NEW YORK; NEW JERSEY;<br>UNITED STATES SUPREME<br>COURT; UNITED STATES<br>COURTS OF APPEALS FOR THE<br>SECOND AND THIRD CIRCUITS;<br>UNITED STATES DISTRICT<br>COURTS FOR THE SOUTHERN<br>AND EASTERN DISTRICTS OF<br>NEW YORK; DISTRICT OF NEW<br>JERSEY; DISTRICT OF<br>CONNECTICUT; NORTHERN<br>DISTRICT OF ILLINOIS;<br>UNITED STATES COURT OF<br>INTERNATIONAL TRADE;<br>COURT OF FEDERAL CLAIMS.</td><td align="center">JAMES M. MALONEY<br>ATTORNEY AT LAW<br>PROCTOR IN ADMIRALTY<br><br><br><br>P.O. BOX 551<br>33 BAYVIEW AVENUE<br>PORT WASHINGTON, NY 11050</td><td>TEL: (516) 767-1395<br>FAX: (516) 767-1326<br><br>E-MAIL ADDRESSES:<br>jmm80@earthlink.net<br>maritimelaw@nyu.edu</td></tr>
</table>

April 21, 2006

**ORIGINAL FILED VIA ECF**

Hon. Arthur D. Spatt
United States District Court Judge
United States District Court, E.D.N.Y.
Central Islip, New York 11722

      Re:    *Maloney v. Spitzer, et al.* (CV- 03-786) (ADS) (MLO)

Honorable Sir:

    I am the *pro se* plaintiff in the above-captioned case. This letter is being sent following a conference today among myself and the attorneys for all defendants, in satisfaction of Magistrate Judge Orenstein's Status Conference Order dated April 11, 2006 (Document 61 on the docket sheet, a true copy of which is annexed to the courtesy copy of this letter). The parties have agreed to the following briefing schedule:

| Papers | Date to be served |
|---|---|
| Rule 12(b) Motion by Defendants Pataki and Spitzer | [already served] |
| Plaintiff's Response to 12(b) Motion | Tuesday, June 6, 2006 |
| Rule 12(c) Motion by Defendant Dillon/Rice | Tuesday, June 6, 2006 |
| Plaintiff's Response to 12(c) Motion | Thursday, July 6, 2006 |
| Reply on 12(b) Motion by Defendants Pataki and Spitzer | Thursday, July 6, 2006 |
| Reply on Rule 12(c) Motion by Defendant Dillon/Rice | Monday, August 7, 2006 |

    Plaintiff has decided not to make a Rule 56 motion for summary judgment within the above briefing schedule.

                                                                            Respectfully,

                                                                          /s/
                                                                   James M. Maloney

cc (via ECF): Dorothy Oehler Nese, Esq., Liora M. Ben-Sorek, Esq.