**JAMES M. MALONEY**
ATTORNEY AT LAW
PROCTOR IN ADMIRALTY

ADMITTED TO PRACTICE IN:
NEW YORK; NEW JERSEY;
UNITED STATES SUPREME
COURT; UNITED STATES
COURTS OF APPEALS FOR THE
SECOND AND THIRD CIRCUITS;
UNITED STATES DISTRICT
COURTS FOR THE SOUTHERN
AND EASTERN DISTRICTS OF
NEW YORK; DISTRICT OF NEW
JERSEY; DISTRICT OF
CONNECTICUT; NORTHERN
DISTRICT OF ILLINOIS;
UNITED STATES COURT OF
INTERNATIONAL TRADE;
COURT OF FEDERAL CLAIMS.



P.O. BOX 551
33 BAYVIEW AVENUE
PORT WASHINGTON, NY 11050

TEL: (516) 767-1395
FAX: (516) 767-1326

E-MAIL ADDRESS:
**maritimelaw@nyu.edu**

May 1, 2006

Hon. Michael L. Orenstein
Chief Magistrate Judge            FILED VIA ECF
United States District Court, E.D.N.Y
100 Federal Plaza
Central Islip, New York 11722

      Re: *Maloney v. Spitzer et al.* (CV- 03-786) (ADS) (MLO)

Honorable Sir:

  I am the *pro se* Plaintiff in the above-captioned case.

  I write, jointly with counsel for all Defendants, to request that the conference before Your Honor scheduled for this Wednesday, May 3, 2006, be adjourned.

  As noted in Your Honor's minutes from the conference of Tuesday, April 11, 2006, if a briefing schedule on the Rule 12 motions had been submitted to Judge Spatt by April 21, 2006, the May 3 conference would be adjourned upon ECF request.

  The briefing schedule was submitted, having been filed via ECF (Document 62 on the Docket Sheet; copy annexed hereto), with a courtesy copy mailed by the undersigned to Judge Spatt the same day.

  Thank you for consideration of this request.

                Respectfully,

                _____/s/_____

                James M. Maloney

cc (via ECF):

  Dorothy Oehler Nese, Esq.
  Liora M. Ben-Sorek, Esq.