ADMITTED TO PRACTICE IN: NEW YORK; NEW JERSEY; UNITED STATES SUPREME COURT; UNITED STATES COURTS OF APPEALS FOR THE SECOND AND THIRD CIRCUITS; UNITED STATES DISTRICT COURTS FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK; DISTRICT OF NEW JERSEY; DISTRICT OF CONNECTICUT; NORTHERN DISTRICT OF ILLINOIS; UNITED STATES COURT OF INTERNATIONAL TRADE; COURT OF FEDERAL CLAIMS.

JAMES M. MALONEY
ATTORNEY AT LAW
PROCTOR IN ADMIRALTY

P.O. BOX 551
33 BAYVIEW AVENUE
PORT WASHINGTON, NY 11050

TEL: (516) 767-1395
FAX: (516) 767-1326

E-MAIL ADDRESS:
**maritimelaw@nyu.edu**

May 1, 2006

Hon. Michael L. Orenstein
Chief Magistrate Judge
United States District Court, E.D.N.Y
100 Federal Plaza
Central Islip, New York 11722

FILED VIA ECF

Re: *Maloney v. Spitzer et al.* (CV- 03-786) (ADS) (MLO)

Honorable Sir:

I am the *pro se* Plaintiff in the above-captioned case.

I write, jointly with counsel for all Defendants, to request that the conference before Your Honor scheduled for this Wednesday, May 3, 2006, be adjourned.

As noted in Your Honor's minutes from the conference of Tuesday, April 11, 2006, if a briefing schedule on the Rule 12 motions had been submitted to Judge Spatt by April 21, 2006, the May 3 conference would be adjourned upon ECF request.

The briefing schedule was submitted, having been filed via ECF (Document 62 on the Docket Sheet; copy annexed hereto), with a courtesy copy mailed by the undersigned to Judge Spatt the same day.

Thank you for consideration of this request.

Respectfully,

/s/

James M. Maloney

cc (via ECF):

Dorothy Oehler Nese, Esq.
Liora M. Ben-Sorek, Esq.

5/2/06
Conference adjourned to 8/10/06 at 2:30 P.M. If the motion has been filed this court will adjourn the conference upon written (ECF) request.

So Ordered

USMJ

ADMITTED TO PRACTICE IN: NEW YORK; NEW JERSEY; UNITED STATES SUPREME COURT; UNITED STATES COURTS OF APPEALS FOR THE SECOND AND THIRD CIRCUITS; UNITED STATES DISTRICT COURTS FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK; DISTRICT OF NEW JERSEY; DISTRICT OF CONNECTICUT; NORTHERN DISTRICT OF ILLINOIS; UNITED STATES COURT OF INTERNATIONAL TRADE; COURT OF FEDERAL CLAIMS.

JAMES M. MALONEY
ATTORNEY AT LAW
PROCTOR IN ADMIRALTY



P.O. BOX 551
33 BAYVIEW AVENUE
PORT WASHINGTON, NY 11050

TEL: (516) 767-1395
FAX: (516) 767-1326

E-MAIL ADDRESSES:
**jmm80@earthlink.net**
**maritimelaw@nyu.edu**

April 21, 2006

**ORIGINAL FILED VIA ECF**

Hon. Arthur D. Spatt
United States District Court Judge
United States District Court, E.D.N.Y.
Central Islip, New York 11722

Re: *Maloney v. Spitzer, et al.* (CV- 03-786) (ADS) (MLO)

Honorable Sir:

I am the *pro se* plaintiff in the above-captioned case. This letter is being sent following a conference today among myself and the attorneys for all defendants, in satisfaction of Magistrate Judge Orenstein's Status Conference Order dated April 11, 2006 (Document 61 on the docket sheet, a true copy of which is annexed to the courtesy copy of this letter). The parties have agreed to the following briefing schedule:

| Papers | Date to be served |
|---|---|
| Rule 12(b) Motion by Defendants Pataki and Spitzer | [already served] |
| Plaintiff's Response to 12(b) Motion | Tuesday, June 6, 2006 |
| Rule 12(c) Motion by Defendant Dillon/Rice | Tuesday, June 6, 2006 |
| Plaintiff's Response to 12(c) Motion | Thursday, July 6, 2006 |
| Reply on 12(b) Motion by Defendants Pataki and Spitzer | Thursday, July 6, 2006 |
| Reply on Rule 12(c) Motion by Defendant Dillon/Rice | Monday, August 7, 2006 |

Plaintiff has decided not to make a Rule 56 motion for summary judgment within the above briefing schedule.

Respectfully,

/s
James M. Maloney

cc (via ECF): Dorothy Oehler Nese, Esq., Liora M. Ben-Sorek, Esq.