# James M. Maloney
Attorney at Law
Proctor in Admiralty

ADMITTED TO PRACTICE IN:
NEW YORK; NEW JERSEY;
UNITED STATES SUPREME
COURT; UNITED STATES
COURTS OF APPEALS FOR THE
SECOND AND THIRD CIRCUITS;
UNITED STATES DISTRICT
COURTS FOR THE SOUTHERN
AND EASTERN DISTRICTS OF
NEW YORK; DISTRICT OF NEW
JERSEY; DISTRICT OF
CONNECTICUT; NORTHERN
DISTRICT OF ILLINOIS;
UNITED STATES COURT OF
INTERNATIONAL TRADE;
COURT OF FEDERAL CLAIMS.

TEL: (516) 767-1395
FAX: (516) 767-1326

E-MAIL ADDRESSES:
jmm80@earthlink.net
maritimelaw@nyu.edu

P.O. Box 551
33 Bayview Avenue
Port Washington, NY 11050



May 31, 2006

**ORIGINAL FILED VIA ECF**

Hon. Arthur D. Spatt
United States District Court Judge
United States District Court, E.D.N.Y.
Central Islip, New York 11722

Re: *Maloney v. Spitzer, et al.* (CV- 03-786) (ADS) (MLO)

Honorable Sir:

     I am the *pro se* plaintiff in the above-captioned case. This letter is being sent further to my letter of April 21, 2006, following a conference today among myself and the attorneys for all defendants, in response to a request by Defendant Dillon/Rice to revise certain dates in the briefing schedule that was set forth in my letter of April 21, 2006. **I note that the date that both motions are to be fully briefed remains the same as before**. The parties have agreed to the following revised briefing schedule:

| Papers | Date to be served |
|---|---|
| Rule 12(b) Motion by Defendants Pataki and Spitzer | [already served] |
| Plaintiff's Response to 12(b) Motion | Tuesday, June 14, 2006 |
| Rule 12(c) Motion by Defendant Dillon/Rice | Tuesday, June 14, 2006 |
| Plaintiff's Response to 12(c) Motion | Thursday, July 14, 2006 |
| Reply on 12(b) Motion by Defendants Pataki and Spitzer | Thursday, July 14, 2006 |
| Reply on Rule 12(c) Motion by Defendant Dillon/Rice | Monday, August 7, 2006 |

     Respectfully,

     /s/

     James M. Maloney

cc (via ECF): Dorothy Oehler Nese, Esq., Liora M. Ben-Sorek, Esq.