<div style="display:flex;justify-content:space-between;">
<div>
ADMITTED TO PRACTICE IN:
NEW YORK; NEW JERSEY;
UNITED STATES SUPREME
COURT; UNITED STATES
COURTS OF APPEALS FOR THE
SECOND AND THIRD CIRCUITS;
UNITED STATES DISTRICT
COURTS FOR THE SOUTHERN
AND EASTERN DISTRICTS OF
NEW YORK; DISTRICT OF NEW
JERSEY; DISTRICT OF
CONNECTICUT; NORTHERN
DISTRICT OF ILLINOIS;
UNITED STATES COURT OF
INTERNATIONAL TRADE;
COURT OF FEDERAL CLAIMS.
</div>
<div style="text-align:center;">

# JAMES M. MALONEY
ATTORNEY AT LAW
PROCTOR IN ADMIRALTY



P.O. BOX 551
33 BAYVIEW AVENUE
PORT WASHINGTON, NY 11050
</div>
<div>
TEL: (516) 767-1395
FAX: (516) 767-1326

E-MAIL ADDRESSES:
**jmm80@earthlink.net**
**maritimelaw@nyu.edu**
</div>
</div>

July 11, 2006

**ORIGINAL FILED VIA ECF**

Hon. Arthur D. Spatt
United States District Court Judge
United States District Court, E.D.N.Y.
Central Islip, New York 11722

      Re:   *Maloney v. Spitzer, et al.* (CV- 03-786) (ADS) (MLO)

Honorable Sir:

    I am the *pro se* plaintiff in the above-captioned case. This letter is being sent further to my letter of May 31, 2006, following an e-mail conference today among myself and the attorneys for all defendants, in response to a request by Defendants Pataki and Spitzer to revise certain dates in the briefing schedule on the motions by the defendants. **I note once again that the date that both motions are to be fully briefed remains the same as before**. The parties have agreed to the following revised briefing schedule:

| Papers | Date to be served |
|---|---|
| Rule 12(b) Motion by Defendants Pataki and Spitzer | [already served] |
| Plaintiff's Response to above 12(b) Motion | [already served] |
| Rule 12(c) Motion by Defendant Dillon/Rice | [already served] |
| Plaintiff's Response to above 12(c) Motion | Friday, July 14, 2006 |
| Reply on 12(b) Motion by Defendants Pataki and Spitzer | Friday, July 28, 2006 |
| Reply on Rule 12(c) Motion by Defendant Dillon/Rice | Monday, August 7, 2006 |

                                         Respectfully,

                                         /s

                                       James M. Maloney

cc (via ECF): Dorothy Oehler Nese, Esq., Liora M. Ben-Sorek, Esq.