D/F

<table>
<tr><td>ADMITTED TO PRACTICE IN:<br>NEW YORK; NEW JERSEY;<br>UNITED STATES SUPREME<br>COURT; UNITED STATES<br>COURTS OF APPEALS FOR THE<br>SECOND AND THIRD CIRCUITS;<br>UNITED STATES DISTRICT<br>COURTS FOR THE SOUTHERN<br>AND EASTERN DISTRICTS OF<br>NEW YORK; DISTRICT OF NEW<br>JERSEY; DISTRICT OF<br>CONNECTICUT; NORTHERN<br>DISTRICT OF ILLINOIS;<br>UNITED STATES COURT OF<br>INTERNATIONAL TRADE;<br>COURT OF FEDERAL CLAIMS.</td><td align="center">**JAMES M. MALONEY**<br>ATTORNEY AT LAW<br>PROCTOR IN ADMIRALTY<br><br>P.O. BOX 551<br>33 BAYVIEW AVENUE<br>PORT WASHINGTON, NY 11050</td><td>TEL: (516) 767-1395<br>FAX: (516) 767-1326<br><br>E-MAIL ADDRESSES:<br>**jmm80@earthlink.net**<br>**maritimelaw@nyu.edu**</td></tr>
</table>

July 11, 2006

**ORIGINAL FILED VIA ECF**

Hon. Arthur D. Spatt
United States District Court Judge
United States District Court, E.D.N.Y.
Central Islip, New York 11722

            Re:    *Maloney v. Spitzer, et al.* (CV- 03-786) (ADS) (MLO)

Honorable Sir:

      I am the *pro se* plaintiff in the above-captioned case. This letter is being sent further to my letter of May 31, 2006, following an e-mail conference today among myself and the attorneys for all defendants, in response to a request by Defendants Pataki and Spitzer to revise certain dates in the briefing schedule on the motions by the defendants. **I note once again that the date that both motions are to be fully briefed remains the same as before**. The parties have agreed to the following revised briefing schedule:

| Papers | Date to be served |
|---|---|
| Rule 12(b) Motion by Defendants Pataki and Spitzer | [already served] |
| Plaintiff's Response to above 12(b) Motion | [already served] |
| Rule 12(c) Motion by Defendant Dillon/Rice | [already served] |
| Plaintiff's Response to above 12(c) Motion | Friday, July 14, 2006 |
| Reply on 12(b) Motion by Defendants Pataki and Spitzer | Friday, July 28, 2006 |
| Reply on Rule 12(c) Motion by Defendant Dillon/Rice | Monday, August 7, 2006 |

SO ORDERED.

                                                                             Respectfully,

                                                                             /s

                                                       James M. Maloney

7/12/06 ARTHUR D. SPATT, U.S.D.J.

cc (via ECF): Dorothy Oehler Nese, Esq., Liora M. Ben-Sorek, Esq.