ADMITTED TO PRACTICE IN:
NEW YORK; NEW JERSEY;
UNITED STATES SUPREME
COURT; UNITED STATES
COURTS OF APPEAL FOR
SECOND AND THIRD CIRCUITS;
SOUTHERN AND EASTERN
DISTRICTS OF NEW YORK;
DISTRICT OF NEW JERSEY;
DISTRICT OF CONNECTICUT;
NORTHERN DISTRICT OF
ILLINOIS; UNITED STATES
COURT OF INTERNATIONAL
TRADE; UNITED STATES
COURT OF FEDERAL CLAIMS.

**JAMES M. MALONEY**
ATTORNEY AT LAW
PROCTOR IN ADMIRALTY

P.O. BOX 551
33 BAYVIEW AVENUE
PORT WASHINGTON, NY 11050

TEL: (516) 767-1395
FAX: (516) 767-1326

E-MAIL ADDRESS:
maritimelaw@nyu.edu

August 8, 2006

Hon. Michael L. Orenstein
Chief Magistrate Judge                                          FILED VIA ECF
United States District Court, E.D.N.Y
100 Federal Plaza
Central Islip, New York 11722

          Re:    *Maloney v. Spitzer* (CV- 03-786) (ADS) (MLO)

Honorable Sir:

    I am the *pro se* Plaintiff in the above-captioned case.

    As ordered by Your Honor on May 2, 2006 (Item # 65), the conference in the above-captioned matter currently scheduled for this Thursday, August 10, 2006, at 2:30 p.m., may be adjourned "upon written (ECF) request" if the motions to dismiss have been filed.  I am pleased to report that those motions have been fully briefed via ECF as of yesterday, and accordingly request, on behalf of all parties, that the conference be adjourned.

                                        Respectfully,

                                              s/

                                        James M. Maloney

cc.:    Dorothy Oehler Nese, Esq.
         Liora M. Ben-Sorek, Esq.