<table>
<tr><td>ADMITTED TO PRACTICE IN:<br>NEW YORK; NEW JERSEY;<br>UNITED STATES SUPREME<br>COURT; UNITED STATES<br>COURTS OF APPEAL FOR<br>SECOND AND THIRD CIRCUITS;<br>SOUTHERN AND EASTERN<br>DISTRICTS OF NEW YORK;<br>DISTRICT OF NEW JERSEY;<br>DISTRICT OF CONNECTICUT;<br>NORTHERN DISTRICT OF<br>ILLINOIS; UNITED STATES<br>COURT OF INTERNATIONAL<br>TRADE; UNITED STATES<br>COURT OF FEDERAL CLAIMS.</td><td>**JAMES M. MALONEY**<br>ATTORNEY AT LAW<br>PROCTOR IN ADMIRALTY<br><br>P.O. BOX 551<br>33 BAYVIEW AVENUE<br>PORT WASHINGTON, NY 11050</td><td>TEL: (516) 767-1395<br>FAX: (516) 767-1326<br><br>E-MAIL ADDRESS:<br>maritimelaw@nyu.edu</td></tr>
</table>

August 8, 2006

Hon. Michael L. Orenstein
Chief Magistrate Judge                                     FILED VIA ECF
United States District Court, E.D.N.Y
100 Federal Plaza
Central Islip, New York 11722

                  Re:     *Maloney v. Spitzer* (CV- 03-786) (ADS) (MLO)

Honorable Sir:

      I am the *pro se* Plaintiff in the above-captioned case.

      As ordered by Your Honor on May 2, 2006 (Item # 65), the conference in the above-captioned matter currently scheduled for this Thursday, August 10, 2006, at 2:30 p.m., may be adjourned "upon written (ECF) request" if the motions to dismiss have been filed. I am pleased to report that those motions have been fully briefed via ECF as of yesterday, and accordingly request, on behalf of all parties, that the conference be adjourned.

[Handwritten: 8/9/06 Conference adjourned to 10/20/06 at 2:00 PM So Ordered USMJ]

                                                                Respectfully,

                                                                _____s/_____

cc.:    Dorothy Oehler Nese, Esq.                        James M. Maloney
        Liora M. Ben-Sorek, Esq.