ADMITTED TO PRACTICE IN:
NEW YORK; NEW JERSEY;
UNITED STATES SUPREME
COURT; UNITED STATES
COURTS OF APPEALS FOR THE
SECOND AND THIRD CIRCUITS;
UNITED STATES DISTRICT
COURTS FOR THE SOUTHERN
AND EASTERN DISTRICTS OF
NEW YORK; DISTRICT OF NEW
JERSEY; DISTRICT OF
CONNECTICUT; NORTHERN
DISTRICT OF ILLINOIS;
UNITED STATES COURT OF
INTERNATIONAL TRADE;
COURT OF FEDERAL CLAIMS.

# JAMES M. MALONEY
## ATTORNEY AT LAW
## PROCTOR IN ADMIRALTY

P.O. BOX 551
33 BAYVIEW AVENUE
PORT WASHINGTON, NY 11050

TEL: (516) 767-1395
FAX: (516) 767-1326

E-MAIL ADDRESSES:
jmm80@earthlink.net
maritimelaw@nyu.edu

July 28, 2006

Hon. Arthur D. Spatt
United States District Court Judge
United States District Court, E.D.N.Y.
Central Islip, New York 11722

**ORIGINAL FILED VIA ECF**

[Stamp: IN CHAMBERS, U.S. DISTRICT COURT E.D.N.Y., JUL 2 8 2006, LONG ISLAND OFFICE]

Re:   *Maloney v. Spitzer, et al.* (CV-03-786) (ADS) (MLO)

Honorable Sir:

I am the *pro se* plaintiff in the above-captioned case. This letter is being sent further to my letter of July 11, 2006, following a conference today among myself and the attorneys for all defendants, in response to a request by Defendants Pataki and Spitzer to revise certain dates in the briefing schedule. **I note once again that the date that both motions are to be fully briefed remains the same as before (August 7), and counsel for both the State and County Defendants agree that the reply briefs will be submitted by that date.** The parties have agreed to the following revised briefing schedule:

| Papers | Date to be served |
|---|---|
| Rule 12(b) Motion by Defendants Pataki and Spitzer | [already served] |
| Plaintiff's Response to above 12(b) Motion | [already served] |
| Rule 12(c) Motion by Defendant Dillon/Rice | [already served] |
| Plaintiff's Response to above 12(c) Motion | [already served] |
| Reply on 12(b) Motion by Defendants Pataki and Spitzer | Monday, August 7, 2006 |
| Reply on Rule 12(c) Motion by Defendant Dillon/Rice | Monday, August 7, 2006 |

Respectfully,

/s

James M. Maloney

cc (via ECF): Dorothy Oehler Nese, Esq., Liora M. Ben-Sorek, Esq.

SO ORDERED.

7/28/06   ARTHUR D. SPATT, U.S.D.J.