

**THOMAS R. SUOZZI**
County Executive

**LORNA B. GOODMAN**
County Attorney

**COUNTY OF NASSAU**
**OFFICE OF THE COUNTY ATTORNEY**
One West Street
Mineola, New York 11501-4820
PHONE: 516-571-3056  FAX: 516-571-3058
Writer's Direct Line: 516-571-3014

October 18, 2006

Hon. Michael L. Orenstein
United States District Court
Eastern District of New York
P.O. Box 9014
Central Islip, New York 11722

      Re:   Maloney v. Spitzer, et al.
              CV-03-0786 (ADS) (MLO)

Dear Magistrate Judge Orenstein:

    This office represents former Nassau County District Attorney Denis Dillon in the above-referenced action.  Please accept this letter as an application to adjourn the status conference scheduled for Friday, October 20, 2006 at 2:00 p.m. because dispositive motions are currently pending.  Additionally, there are no outstanding discovery matters which require attention.

    Plaintiff *Pro Se*, James Maloney, has consented to this adjournment request and a message has been left for Assistant Attorney General Dorothy Nese.

    Thank you for your attention in this matter.

                                                  Very truly yours,

                                                  Liora M. Ben-Sorek (LMB 1971)
                                                  Deputy County Attorney

cc:    James Maloney, Esq., Plaintiff *Pro Se* (Via ECF)
       Dorothy Nese, Esq. (Via ECF)