

**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**

ELIOT SPITZER
Attorney General

REGIONAL OFFICE DIVISION
NASSAU REGIONAL OFFICE

*by e-filing and hard copy*

November 28, 2006

*[handwritten: 11/29/06 Conference adjourned to 12/21/06 at 9:30 AM. So Ordered. Michael L. Orenstein USMJ]*

Chief Magistrate Judge Michael L. Orenstein
c/o Chief Clerk, United States District Court
P.O. Box 9014
Central Islip, New York 11722-9014

Re.: <u>Maloney v. Spitzer</u> (CV- 03-786)
(Spatt, J.)(Orenstein, M.)

Dear Honorable Sir:

    I am counsel of record for New York State Attorney General Eliot Spitzer, named Defendant in the above-captioned case. We are awaiting a decision from Judge Spatt on fully-briefed, dispositive motions in the above case. There are no outstanding discovery issues to be resolved. Consequently, all parties respectfully request that the conference scheduled for Thursday, November 30, 2006 be adjourned, *sine die*, or until some later date at the Court's convenience, pending a decision by Judge Spatt on the pending motions.

    Thank you for your kind consideration of our request.

Very truly yours,

Dorothy Oehler Nese (DON9327)
Assistant Attorney General

cc.: James M. Maloney
Attorney at Law and Plaintiff *pro se*
33 Bayview Avenue
Port Washington, New York 12224-0341

Deputy County Attorney Liora Ben-Sorek
Office of the Nassau County Attorney
One West Street
Mineola, New York 11501

*[handwritten: 11/30/06 - Order of 11/29/06 vacated. Conference adjourned or changed to 12/18/06 at 10:30 AM. So Ordered. Michael L. Orenstein USMJ]*

200 Old Country Rd., Suite 460, Mineola, N.Y. 11501 • (516) 248-3302 • Fax (516) 747-6432