ADMITTED TO PRACTICE IN:
NEW YORK; NEW JERSEY;
UNITED STATES SUPREME
COURT; UNITED STATES
COURTS OF APPEAL FOR
SECOND AND THIRD CIRCUITS;
SOUTHERN AND EASTERN
DISTRICTS OF NEW YORK;
DISTRICT OF NEW JERSEY;
DISTRICT OF CONNECTICUT;
NORTHERN DISTRICT OF
ILLINOIS; UNITED STATES
COURT OF INTERNATIONAL
TRADE; UNITED STATES
COURT OF FEDERAL CLAIMS.

# JAMES M. MALONEY
ATTORNEY AT LAW
PROCTOR IN ADMIRALTY

TEL: (516) 767-1395
FAX: (516) 767-1326

E-MAIL ADDRESS:
maritimelaw@nyu.edu

P.O. BOX 551
33 BAYVIEW AVENUE
PORT WASHINGTON, NY 11050

December 13, 2006

Hon. Michael L. Orenstein
Chief Magistrate Judge
United States District Court, E.D.N.Y
100 Federal Plaza
Central Islip, New York 11722

FILED VIA ECF

*[handwritten: 12/14/06 Conference adjourned to 3/19/07 at 11:30 AM. So Ordered — USMJ]*

Re:     *Maloney v. Spitzer  et al.* (CV- 03-786) (ADS) (MLO)

Honorable Sir:

I am the *pro se* plaintiff in the above-captioned case.

Given that there are potentially dispositive motions pending, and given further that no discovery is sought by any party at this juncture, it is respectfully requested that the conference before Your Honor scheduled for next Monday, December 18, be adjourned.

The attorneys for all defendants join in this request.

Respectfully,

_____s/_____

James M. Maloney

cc.:    Dorothy Oehler Nese, Esq.
Liora Ben-Sorek, Esq.