UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

JAMES M. MALONEY,

                        Plaintiff,                    **JUDGMENT**

    - against -

                                                        CV-03-0786 (ADS)

ANDREW CUOMO, in his official capacity
as Attorney General of the State of New York,
ELIOT SPITZER, in his official capacity as
Governor of the State of New York, and
KATHLEEN A. RICE, in her official
capacity as District Attorney of the County
of Nassau, and their successors,

                        Defendants.

----------------------------------------------------------------X

      A Memorandum of Decision and Order of Honorable Arthur D. Spatt, having been filed on January 17, 2007, granting the State Defendants' motion to dismiss the amended complaint, granting the District Attorney's motion for judgment on the pleadings, and dismissing the amended complaint, it is

      **ORDERED AND ADJUDGED** that plaintiff take nothing of defendants; and that the amended complaint is hereby dismissed.


Dated: Central Islip, New York
         January 17, 2007

                                                      ROBERT C. HEINEMANN
                                                      CLERK OF THE COURT

                                        By:    /s/ Lorraine Sapienza
                                                          Deputy Clerk