UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 21 2007 ★

LONG ISLAND OFFICE

Thomas Asreen
ACTING CLERK



Date: 3/19/07
Docket Number: 07-0581-cv
Short Title: Maloney v. Spitzer
DC Docket Number: 03-cv-786
DC: EDNY (CENTRAL ISLIP)
DC Judge: Honorable Arthur Spatt

At a stated term of the United States Court of Appeals for the Second Circuit, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 19th day of March two thousand seven.

*James M. Maloney,*

*Plaintiff-Appellant,*

v.

*Andrew Cuomo, in his official capacity as Attorney General of the State of New York, Eliot Spitzer, in his official capacity as Governor of the State of New York, Kathleen A. Rice, in her official capacity as District Attorney of the County of Nassau, and their successors,*

*Defendants-Appellees.*

### ORDER

A motion or motions of the type specified by Rule 4(a)4 of the Federal Rules of Appellate Procedure having been filed in this matter, and now pending before the district court, the above numbered and entitled appeal is hereby stayed to await final disposition of said motion(s).

Movant below is hereby directed to inform this Court, in writing, as to the status of each such motion, at thirty_day (30) interval from the date of filing and immediately upon final disposition of the last outstanding motion, and to provide the Court a copy of all dispositive orders.

Parties are advised that appellate review of the lower court's disposition regarding any such motion requires a timely filed amended notice of appeal.

A TRUE COPY
Thomas W. Asreen, Acting Clerk
by _____
DEPUTY CLERK

Certified: 3/19/07

Very truly yours,

Thomas Asreen, Acting Clerk

By: _____
Josh Pineiro
Deputy Clerk