IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

James M. Maloney;
Jonathan Lee Riches d/b/a
Bernard Madoff,
Plaintiffs

v

Andrew Cuomo, et Al,
Defendants

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 06 2009 ★
LONG ISLAND OFFICE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 06 2009 ★
LONG ISLAND OFFICE

03-CV-0786 (ADS)(MLO)

[Motion For Reconsideration, EN BANC]
[Motion to Intervene As Plaintiff under Rule 24(A)², 24(B)]

Comes Now, Jonathan Lee Riches d/b/a Bernard Madoff moves this court to Intervene as a Plaintiff with newly discovered evidence which was withheld from James M. Maloney. I move for a Motion For Reconsideration to present this discovery. I have a common vested interest in this case and move to Intervene under Rule 24(A)² as a Uncond.tional Matter of Right. Zuber v. Allen and under Rule 24(B) - permissive Intervention. My Intervention brings Questions of laws and Facts that are common in this Action. Andrew Cuomo, the state of New York and the Federal Medical center in Lexington Kentucky discriminates Against me from possessing weapons in order to defend myself in prison, I'm a white collar, Non-violent offender in a medium prison with violent killers and sexual predators, I made a homemade shank, and got caught and loss 60 days good time, I need weapon protection. Violent Inmates are trying to extort my wealth and take advantage of me weighing only 110 lbs at 5ft 10 inches. I have documents, exhibits, medical records. My 2nd Amendment right to bear Arms is violated. I can be reached or contacted at the below Address. I pray this court will grant my motions for relief.

Jonathan Lee Riches d/b/a
Bernard Madoff
#40948018
Federal medical center
P.O. Box 14500
Lexington, KY 40512
859-255-6812

respectfully,
[signature]
6-30-09

Jonathan Lee Riches
#40948-018
Federal Medical Center
P.O. Box 14500
Lexington, KY 40512

Legal Mail

LEXINGTON KY 405
30 JUN 2009 PM 3 T

United States District Court
Eastern District of New York
Clerk of Court
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

11722+4499

