<table>
<tr><td>ADMITTED TO PRACTICE IN:<br>NEW YORK; NEW JERSEY;<br>UNITED STATES SUPREME COURT;<br>U.S. COURTS OF APPEALS FOR THE<br>SECOND AND THIRD CIRCUITS;<br>U.S. DISTRICT COURTS FOR THE<br>DISTRICT OF CONNECTICUT;<br>DISTRICT OF NEW JERSEY;<br>NORTHERN DISTRICT OF ILLINOIS;<br>EASTERN, NORTHERN & SOUTHERN<br>DISTRICTS OF NEW YORK; U.S.<br>COURT OF INTERNATIONAL TRADE;<br>U.S. COURT OF FEDERAL CLAIMS.</td><td align="center">**JAMES M. MALONEY**<br>ATTORNEY AT LAW<br>PROCTOR IN ADMIRALTY<br><br><br>P.O. BOX 551<br>33 BAYVIEW AVENUE<br>PORT WASHINGTON, NY 11050</td><td>TEL: (516) 767-1395<br>FAX: (516) 767-1326<br><br>E-MAIL ADDRESS:<br>maritimelaw@nyu.edu</td></tr>
</table>

September 15, 2010

Honorable Arthur D. Spatt
United States District Court, E.D.N.Y.
100 Federal Plaza, Room 1024
Central Islip, New York 11722

          Re: *Maloney v. Cuomo/Maloney v. Rice*
            Docket No. CV- 03-786

<u>Via ECF & Federal Express</u>

Dear Judge Spatt:

  I am the *pro se* Plaintiff in the above-captioned case.

  Enclosed, in support of a Rule 15 motion as contemplated by Your Honor's Order by memo endorsement dated August 31, 2010 (Document # 100) are the following documents: (1) a proposed pleading, with exhibits 1-6 annexed thereto; (2) my original declaration in support of the motion, with exhibits 1-11 annexed thereto; (3) an original and one courtesy copy of my memorandum in support of the motion; and (4) an unsigned Order to Show Cause.

  The reason I am bringing on this motion by Order to Show Cause, as detailed in my memorandum at pages 1 and 17-21, is that the limitations period(s) on one or both of the new causes of action (which, after careful consideration, I have decided to seek to include in the new pleading) may run as soon as October 25, 2010. No interim relief is being sought.

  Earlier this week I sent an email to all counsel who have appeared in this action and have received responsive emails from Liora Ben-Sorek, Esq. and from Dorothy Nese, Esq., confirming that both are attorneys of record, for Defendant RICE and on behalf of the State of New York, respectively. Both are receiving ECF bounces, and will accordingly receive ECF copies of this letter and of all its enclosures, which I will have filed via ECF by September 16.

                Respectfully,

                James M. Maloney

cc (via ECF only): all counsel of record