KATHLEEN M. RICE
DISTRICT ATTORNEY



# OFFICE OF THE DISTRICT ATTORNEY
## NASSAU COUNTY
### PUBLIC CORRUPTION BUREAU
272 OLD COUNTRY ROAD
MINEOLA, NEW YORK 11501
TELEPHONE (516) 571-2100
FAX (516) 571-0319

March 17, 2009

James M. Maloney, Esq.
P.O. Box 551
33 Bayview Avenue
Port Washington, New York 11050

Re: Complaint of James M. Maloney, Esq.
   PCCOMP #09-46

Dear Mr. Maloney:

Based on our review of your above referenced complaint against Nassau Deputy County Attorney Karen Hutson, this Office has determined that the evidence in this matter does not warrant any criminal prosecution by the Nassau County District Attorney's Office. Accordingly, no further action by this Office will be taken at this time.

Thank you for bringing this matter to the attention of this Office.

Very truly yours,

KATHLEEN M. RICE
District Attorney

PETER J. MANCUSO
Assistant District Attorney
Public Corruption Bureau

PJM/rs

DISTRICT ATTORNEY'S OFFICE
NASSAU COUNTY COURT HOUSE
262 OLD COUNTRY ROAD
MINEOLA, NEW YORK 11501

US POSTAGE $00.42 MAR 17 2009 MAILED FROM ZIPCODE 11501

James M. Maloney, Esq.
P.O. Box 551
33 Bayview Avenue
Port Washington, New York 11050