Case 2:03-cv-00786-PKC-AYS   Document 102-7   Filed 09/15/10   Page 1 of 1 PageID #: 623

# PORT WASHINGTON
## Union Free School District

GEOFFREY N. GORDON, Ed.D.
Superintendent

**REGINA FARINACCIO**
Manager of Community Services

Administrative Annex
90 Avenue C
Port Washington, NY 11050
516-767-5470
FAX 516-767-5479
rfarinaccio@portnet.k12.ny.us

October 2007

Dear _James Maloney_,

This letter is to confirm that your class _Celestial Navigation_ scheduled for start date of _Oct. 2, 2007_ from _7:30 - 9:30_ PM in _Weber Middle School_ Room _105_ will be held this semester. You have _4_ students.

Please contact the Continuing Education Department at 516 767-5470 regarding the following:

**Audio-Visual Equipment**
- If you have not scheduled audio-visual equipment and need it for your class.

**Photocopies**
- If you need information photocopied, please submit it to us **one week** before it is needed and it will be ready for your next schedule class. You can email it to AMcGrade@PortNet.K12.NY.US, fax 516 767-5479, mail or drop off at 90 Avenue C.
- **Rosters:** Your roster can be picked up during the daytime (8:30 am - 4:00 pm) at PWUFSD Administrative Annex, 90 Avenue C, Port Washington the day before or the day of your class.
- **If you cannot pick up your roster during daytime hours please call our office to make arrangements for receiving your roster.**

We look forward to a successful semester.

Yours truly,

*Regina Farinaccio*

Regina Farinaccio
Manager

RF:am