# PORT WASHINGTON
## Union Free School District

GEOFFREY N. GORDON Ed D
Superintendent

REGINA FARINACCIO
Manager of Community Services

Administrative Annex
90 Avenue C
Port Washington, NY 11050
516-767-5470
FAX: 516-767-5470

Dear Mr. Maloney,

Each semester we review our course offerings in the Continuing/Community Education Program as we plan for the next Continuing Education brochure. This always necessitates experimenting with new ideas and retiring some of the current offerings.

At this time, we are not planning to offer the course(s) _____ Celestial Navigation _____ which had been included in our last brochure. Please contact us if you have a new topic you wish to submit.

Please accept our sincere thanks for your willingness and work in our Continuing/Community Education Program.

Yours truly,

Regina Farinaccio
Manager

RF:lg

PORT WASHINGTON UNION FREE SCHOOL DISTRICT
PORT WASHINGTON, NEW YORK 11050

James Maloney
PO Box 551
Port Washington,  NY   11050