# PORT WASHINGTON
## Union Free School District

GEOFFREY N. GORDON, Ed.D.
Superintendent

**REGINA FARINACCIO**
Manager of Community Services

Administrative Annex
90 Avenue C
Port Washington, NY 11050
516-767-5470
FAX 516-767-5479
rfarinaccio@portnet.k12.ny.us

TO: *James Maloney*
FROM: CONTINUING EDUCATION, PORT WASHINGTON
SUBJECT: INTENT TO TEACH
DATE: April 2008

As we prepare the Continuing Education Program for the coming semester, we are asking for confirmation from you that you intend to teach the following course in the Fall 2008 semester. **Please make sure you are available on the dates indicated.** Please review the attached course description and update or change the information as you wish it to appear in our brochure, and return one copy with this signed letter. The second copy is for your files. If the class registration is not sufficient for the course to be financially self-sustaining, it will be cancelled.

**If there is a maximum on student enrollment for your class, please note this on the next page. Please also note if there is any special equipment (VCR/monitor, overhead projector, easel, etc.) which will be needed to assist you in your class presentation.**

If you are unable to teach this coming term, please contact the Continuing Education office **immediately**. The number is 516 767 5470.

COURSE: *Celestial Navigation*
DATE: *4 Wednesdays, Oct. 29, 2008*
TIME: *730–930 pm* LOCATION: *Weber 105*
*(Course description & biography on next page-please return)*

### AGREEMENT

I accept the appointment to teach in the Port Washington Continuing Education Program at a salary of $ *20* per hour. I accept the position as stated above.

_____     *6/12/2008*
Signature                              Date

PLEASE SIGN AND RETURN BY May 5, 2008 *asap*

## COURSE DESCRIPTION:
(Please note any changes)

### INTRODUCTION TO CELESTIAL NAVIGATION
#### James Maloney

Celestial Navigation is the art and science of navigating by the sun, stars, moon, and planets.  This course will introduce the student to the basic principles of celestial navigation: the concept of the "celestial sphere" and its coordinates, use of the sextant, and sight reduction.  "Survival" navigation techniques such as the use of Polaris and the sun to determine latitude and direction are also covered. Prospective students should be comfortable with spatial concepts and with arithmetic involving degrees and minutes.
**$10 materials fee payable to instructor.**
**6725 - 4 WEDNESDAYS, 7:30-9:30 P.M.,**
**Starts Oct. 29**
*Weber Middle School, Room 105, $45*

## BRIEF BIOGRAPHY UPDATE:
**(Please note changes)**

**JAMES MALONEY** (Celestial Navigation) is a graduate of SUNY Maritime College who worked as a second or third mate aboard merchant ships for most of the 1980's. He is the editor of the *Fort Schuyler Mariner*, a maritime industry publication, and the author of the "Piloting and Radar Navigation" chapter in the *Merchant Marine Officers' Handbook*. He holds law degrees from Fordham and NYU.

## PERSONAL INFORMATION
(Please note any changes)

E-mail address: *maritimelaw@nyu.edu*

_____ Yes, you can give out my phone number to registrants.
_____ No, my phone number is private.

## COMMENTS/SUGGESTIONS:
(New course ideas? Call 767 5470)

## EQUIPMENT:

# PORT WASHINGTON
## Union Free School District

GEOFFREY N. GORDON, Ed.D.
Superintendent

**REGINA FARINACCIO**
Manager of Community Services

Administrative Annex
90 Avenue C
Port Washington, NY 11050
516-767-5470
FAX  516-767-5479
rfarinaccio@portnet.k12.ny.us

Date: 10/16/08

Dear Mr. Maloney,

This letter is to confirm that your class Celestial Navigation

scheduled for start date of Oct. 29, 2008 from

730 - 930 pm in Weber 105 will be

held this semester. 4 registrants

Please contact the Continuing Education Department at 516 767-5470 regarding the following:

**Audio-Visual Equipment:**
- If you have not scheduled audio-visual equipment and need it for your class.

**Photocopies:**
- If you need information photocopied, please submit it to us **one week** before it is needed and it will be ready for your next scheduled class. You can email it to LGiordano@PortNet.K12.NY.US, fax 516 767 5479, mail or drop off at 90 Avenue C.

**Rosters:**
- Your roster can be picked up during the daytime (8:30am-3:30pm) at PWUFSD Administrative Annex, 90 Avenue C, Port Washington the day before or the day of your class.

   If you have a problem picking up your roster please call 516 767 5470.


We look forward to a successful semester.

Yours truly,

Regina Farinaccio
Manager