| | **JAMES M. MALONEY** | |
|---|---|---|
| ADMITTED TO PRACTICE IN:<br>NEW YORK; NEW JERSEY;<br>UNITED STATES SUPREME<br>COURT; UNITED STATES<br>COURTS OF APPEALS FOR THE<br>SECOND AND THIRD CIRCUITS;<br>UNITED STATES DISTRICT<br>COURTS FOR THE SOUTHERN<br>AND EASTERN DISTRICTS OF<br>NEW YORK; DISTRICT OF NEW<br>JERSEY; DISTRICT OF<br>CONNECTICUT; NORTHERN<br>DISTRICT OF ILLINOIS;<br>UNITED STATES COURT OF<br>INTERNATIONAL TRADE;<br>COURT OF FEDERAL CLAIMS. | ATTORNEY AT LAW<br>PROCTOR IN ADMIRALTY<br><br>P.O. BOX 551<br>33 BAYVIEW AVENUE<br>PORT WASHINGTON, NY 11050 | TEL: (516) 767-1395<br>FAX: (516) 767-1326<br><br>E-MAIL ADDRESS:<br>**maritimelaw@nyu.edu** |

May 26, 2009

Port Washington Union Free School District
Administrative Annex
90 Avenue C
Port Washington, NY 11050

Att: Laura Giordano

Dear Ms. Giordano:

    After careful consideration and in light of recent developments, I have made the decision to stop teaching the Intro to Celestial Navigation course.

    Enclosed is the Intent to Teach form that you sent, which I have <u>not</u> executed.

                                           Very truly yours,

                                           James M. Maloney