Case 2:03-cv-00786-PKC-AYS   Document 102-12   Filed 09/15/10   Page 1 of 3 PageID #: 636



Updated: Tue., May. 19, 2009, 2:56 PM

## EX-LI OFFICIAL BUSTED FOR TRYING TO DISCREDIT POLICE OFFICER

By CYNTHIA R. FAGEN
Last Updated: 2:56 PM, May 19, 2009
Posted: 2:56 PM, May 19, 2009

A former Nassau County Child Protective Services supervisor was arrested today for illegally accessing the agency's confidential database in an attempt to discredit a police officer who had given him a speeding ticket.

Glen Tuifel, 40, of Glen Cove, 13-year veteran of the agency, was busted this morning by District Attorney Investigators and charged with Official Misconduct and Illegally Disclosing Confidential Information, both misdemeanors.

He faces up to a year in jail if convicted.

Nassau County DA Kathleen Rice said that on or about Oct. 6, 2008, Tuifel accessed the New York State Office of Children and Family Service's secured database to determine whether an Old Brookville police officer who had written him a speeding ticket had ever been investigated by his agency.

Tuifel discovered that the officer had been investigated in 2004 and attempted to use that information in court to get the ticket dismissed, but that didn't help Tuifel's clandestine mission since the investigation of the officer was determined to be unfounded and was closed.

The motion was denied and Tuifel paid the ticket.

An extensive probe by the District Attorney's office began after the police officer filed a complaint with Nassau cops and prosecutors.

The investigation revealed that Tuifel's username accessed the secured database on Oct. 6.

"He was in a position of trust and he abused that trust," said Rice. "He launched a personal vendetta and when he abused his public position he crossed the line and his vendetta became criminal."

NEW YORK POST is a registered trademark of NYP Holdings, Inc.
NYPOST.COM , NYPOSTONLINE.COM , and NEWYORKPOST.COM are trademarks of NYP Holdings, Inc.
Copyright 2010 NYP Holdings, Inc. All rights reserved. Privacy | Terms of Use

# New York State Unified Court System

## WebCrims

### Case Details - Charges

**CASE INFORMATION**

Court: **Nassau First District Court**
Case #: **2009NA012678**
Defendant: **Tuifel, Glen**

| Charge | Detail | | Disposition/Sentence |
|---|---|---|---|
| PL 195.00 01 | **A Misdemeanor, 1 count, Arrest charge, Arraignment charge** | | |
| | Description: | *Of Msc:pb Sr Prfrm Il Fnc* | |
| PL 195.00 01 **TOP CHARGE** | **A Misdemeanor, 2 counts, Arrest charge, Arraignment charge** | | |
| | Description: | *Of Msc:pb Sr Prfrm Il Fnc* | |
| SSL 422.5 00 | **Unclassified Misdemeanor, 1 count, Arrest charge, Arraignment charge** | | |
| | Description: | | |
| SSL 422.12 00 | **Unclassified Misdemeanor, 1 count, Arrest charge, Arraignment charge** | | |
| | Description: | | |

# New York State Unified Court System

## WebCrims

### Case Details - Appearances

**CASE INFORMATION**

| | |
|---|---|
| Court: | **Nassau First District Court** |
| Case #: | **2009NA012678** |
| Defendant: | **Tuifel, Glen** |

| Date/Part | Judge | Calendar Section | Arraignment/Hearing Type | Court Reporter | Outcome/Release Status |
|---|---|---|---|---|---|
| 09/14/2010 C2 | | JURY TRIAL | No Type | | |
| 08/12/2010 C2 | Ricigliano, F | JURY TRIAL | Jury Trial | Katz, H | Case Continued (adjourned) RoR Continued |
| 07/13/2010 C2 | Ricigliano, F | JURY TRIAL | Jury Trial | Mcsparron, | Continued For Trial RoR Continued |
| 06/16/2010 C2 | Reilly, M | PENDING | Jury Trial | Moffett, | Case Continued (adjourned) RoR Continued |
| 05/21/2010 C2 | Reilly, M | PENDING | No Type | Ditrano, | Case Continued (adjourned) RoR Continued |
| 05/04/2010 C2 | Reilly, M | PENDING | No Type | Moffett, | Case Continued (adjourned) RoR Continued |
| 04/13/2010 C2 | Reilly, M | JURY TRIAL | No Type | Katz, | Case Continued (adjourned) RoR Continued |
| 02/23/2010 C2 | Ricigliano, F | JURY TRIAL | Jury Trial | Mcsparron, | Case Continued (adjourned) RoR Continued |
| 01/07/2010 C2 | Ricigliano, F | JURY TRIAL | Jury Trial | Moffett, | Case Continued (adjourned) RoR Continued |
| 12/08/2009 C2 | Birnbaum, D | JURY TRIAL | Jury Trial | Zalenski, | Continued For Trial RoR Continued |
| 10/15/2009 C2 | Ricigliano, F | PENDING | No Type | Moffett, | Case Continued (adjourned) RoR Continued |
| 09/08/2009 C2 | Ricigliano, F | PENDING | No Type | Moffitt, R | Case Continued (adjourned) RoR Continued |
| 07/30/2009 C5 | O'brien, W | PENDING | No Type | Musa, | Warrant Stayed |
| 07/30/2009 C2 | | PENDING | No Type | U, | Trans To Another Court Part |
| 06/18/2009 C2 | Alexander, V | PENDING | No Type | Clarke, | Case Continued (adjourned) RoR Continued |
| 05/19/2009 ARR A | Delligatti, A | PENDING | Regular | Misiti, M | Case Continued (adjourned) Released on Recognizance |