chip 179

PRESIDENT
HENRY N. EDS. III

VICE PRESIDENTS
WILBUR H. FRIEDMAN
LAWRENCE X. CUBACK
ANDREW Y. ROGERS

SECRETARY
THOMAS KEOGH

TREASURER
SOLOMON E. STAR

EXECUTIVE DIRECTOR
JULIUS ROLNITZKY

ASSISTANT TREASURER
MICHAEL D. JAKIEME

LIBRARIAN
FREDERIC S. BAUM



A 8667-A

MAY 7 REC'D

14 VESEY STREET – FACING ST. PAUL'S
NEW YORK, N. Y. 10007

CORTLANDT 7-6646

For further information
please communicate with:
Gregory J. Perrin, Esq.
225 Broadway, R-2515
New York, N. Y. 10007
349-1390

May 3, 1974

Hon. Malcolm Wilson
Executive Chamber
Albany, N. Y. 12224

My dear Sir:

The Committee on the Criminal Court of the New York County Lawyers' Association has disapproved the following bill and believes that it should not become law:

        A. 8359-A
        A. 8667-A

A copy of a report recommending disapproval is enclosed.

                Very truly yours,

                BENJAMIN LEVINE

      Chairman, Committee on State Legislation

INTRODUCED BY ASSEMBLYMAN MANNIX
INTRODUCED BY SENATORS PISANI, ACKERSON, GORDON,
   FLYNN, KNORR
INTRODUCED BY ASSEMBLYMAN ROSS; Multi-sponsored by:
   ASSEMBLYMEN BROWN, HURLEY, LEVY, LOPRESTO, MANNIX,
   SUCHIN, VOLKER, ABRAMSON
INTRODUCED BY SENATORS BARCLAY, PADAVAN

April 29, 1974          Report No. 184          A. 8359-A
                                                Same as S. 7685
                                                A. 8667-A
                                                Same as S. 9034

### NEW YORK COUNTY LAWYERS' ASSOCIATION
### 14 Vesey Street - New York 10007

Report of Committee on the Criminal Court on Assembly Bill 8359-A same as Senate Bill 7685, Assembly Bill 8667-A same as Senate Bill 9034, which seek to amend Sections 265.00, 265.05, 265.10, 265.15 of the Penal Law with regard to the possession of certain weapons.

### RECOMMENDATION: DISAPPROVAL

Both of these bills seek to add "nunchakus" to the list of weapons the possession of which is proscribed by Article 265 of the Penal Law.

Both bills have been amended and recommitted by substitute bill in Assembly. The amendments, in both cases, removed from the proposed legislation the presumption, from mere possession, of an intent to use the proscribed device unlawfully against another. In place of this presumption, both bills now make unlawful the mere possession of nunchakus, without regard to the issue of unlawful intent.

While it is true that nonchakus, chuka sticks and like objects are capable of use in criminal conduct, it is the sense of this Committee that they are not properly included in the provisions of Article 265 of the Penal Law as proposed.

While the possession of these items with demonstrable criminal intent is a proper subject for legislation, the proposed legislation goes further, making mere possession (even absent criminal intent) a criminal offense. If it is the desire of the legislature to prohibit the use of nunchakus in criminal conduct, a more narrowly drawn statute can be fashioned to achieve this end.

Respectfully submitted,

COMMITTEE ON THE CRIMINAL COURT

Gregory J. Perrin, Chairman

Report prepared for
the Committee by
MR. ALAIN M. BOURGEOIS