# DECLARATION OF SERVICE
*Maloney v. Rice*
Docket No. CV-03-786

James M. Maloney, an attorney at law admitted to practice before this Court, affirms:

On the 17th day of September, 2010, I served true copies of Plaintiff's

## DECLARATION IN SUPPORT OF RULE 15 MOTION w/ Exhibits 1-11
(filed herein as Document # 102)

upon the following attorneys, by enclosing one true copy of same addressed to each such attorney at each of the addresses given below in a sealed postpaid wrapper and causing same to be deposited in a letter box under the exclusive control of the United States Postal Service:

Dorothy Oehler Nese, Esq.
Assistant Attorney General, State of New York
200 Old Country Road, Suite 240
Mineola, NY 11501

Liora M. Ben-Sorek, Esq.
Deputy County Attorney
One West Street
Mineola, New York 11501

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   September 17, 2010
         Port Washington, New York

JAMES M. MALONEY
33 Bayview Avenue
Port Washington, NY 11050
(516) 767-1395
maritimelaw@nyu.edu



