## DECLARATION OF SERVICE
*Maloney v. Rice*
Docket No. CV- 03-786

James M. Maloney, an attorney at law admitted to practice before this Court, affirms:

On the 17th day of September, 2010, I served true copies of Plaintiff's

### MEMORANDUM OF LAW IN SUPPORT OF RULE 15 MOTION
(filed herein as Document # 103)

upon the following attorneys, by enclosing two true copies of same addressed to each such attorney at each of the addresses given below in a sealed postpaid wrapper and causing same to be deposited in a letter box under the exclusive control of the United States Postal Service:

| | |
|---|---|
| Dorothy Oehler Nese, Esq. | Liora M. Ben-Sorek, Esq. |
| Assistant Attorney General, State of New York | Deputy County Attorney |
| 200 Old Country Road, Suite 240 | One West Street |
| Mineola, NY 11501 | Mineola, New York 11501 |

I declare under penalty of perjury that the foregoing is true and correct.

Dated:     September 17, 2010
           Port Washington, New York

                                       JAMES M. MALONEY
                                       33 Bayview Avenue
                                       Port Washington, NY 11050
                                       (516) 767-1395
                                       maritimelaw@nyu.edu


