UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JAMES M. MALONEY,

        Plaintiff,

       - against -

ANDREW CUOMO, in his official capacity as
Attorney General of the State of New York, ELIOT
SPITZER, in his official capacity as Governor of
the State of New York, and KATHLEEN A. RICE,
in her official capacity as District Attorney of the
County of Nassau, and their successors,

        Defendants.
------------------------------------------------------------------X

**CV 03-786  (ADS) (MLO)**

**ORDER TO SHOW CAUSE**

Upon the declaration of JAMES M. MALONEY, executed on the 15th day of

September, 2010, and upon Plaintiff's Memorandum of Law and proposed Second Amended

Verified Complaint submitted herewith, and good cause being shown therefor;

IT IS HEREBY ORDERED, that Defendant KATHLEEN RICE (the other above-

named Defendants having been dismissed) show cause before this Court at the United States

District Court for the Eastern District of New York with an address of 100 Federal Plaza,

Room 1020, Central Islip, NY 11722 on _____

at _____, or as soon thereafter as counsel may be heard, why an order should not be

issued pursuant to Rule 15 of the Federal Rules of Civil Procedure ('F.R.C.P.") permitting

Plaintiff to amend the Amended Verified Complaint pursuant to F.R.C.P. 15(a)(2) and to

supplement it pursuant to F.R.C.P. 15(d); and it is further

ORDERED that service of a copy of this order via ECF and the prior service, by

Priority Mail on September 17, 2010, of (1) the declaration of JAMES M. MALONEY,

executed on the 15th day of September, 2010, with Exhibits 1-11 thereto (ECF Document

102); (2) Plaintiff's Memorandum of Law (Document 103); and (3) the proposed Second

Amended Verified Complaint, with Exhibits 1-6 thereto  (Document 106) upon Liora M.

Ben-Sorek, Esq., Deputy County Attorney, One West Street, Mineola, New York 11501, and

upon Dorothy Oehler Nese, Esq., Assistant Attorney General, State of New York, 200 Old

Country Road, Suite 240, Mineola, NY 11501 shall be deemed good and sufficient service

thereof; and it is further

ORDERED that Defendant shall file her papers in opposition by _____;

and that Plaintiff shall file his papers in reply by _____; and it is further

ORDERED that:

Dated: _____

_____

United States District Judge