DATE: **October 15, 2010**

**BEFORE: SPATT, U.S.D.J.**     AT: **9:00** 16

(24 min)

## CIVIL CAUSE FOR ORDER TO SHOW CAUSE

DOCKET NUMBER: __CV-03-0786__

TITLE: __MALONEY v. CUOMO, et al.__

APPEARANCES: For Plaintiff:   James M. Maloney, Esq.

For Defendant:   ~~Dorothy O. Nese, Esq.~~

Liora Ben-Sorek, Esq.   for dft Rice
C/R   Owen Wicker

__✓__ Case called.

__✓__ Counsel for all parties present.

_____ Counsel for _____ not present.

__✓__ Order to Show Cause held.

_____ O.S.C. granted.   _____ O.S.C. denied.

_____ Decision reserved.

_____ Plaintiff/Defendant to settle order on notice.

__✓__ Other

Pltff to amend the cmplt to change the language by correcting the existing cmplt. Other rulings on the record.