03CV786 (ADS) #98

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    James M. Maloney
    33 Bayview Avenue
    Port Washington NY
    11050

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _(signed)_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

[Postmark: PORT WASHINGTON NY 11050  OCT -2 2009]

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

2595-02-M-1540

**FILED**
**IN CLERK'S OFFICE**
**U S DISTRICT COURT E.D.N.Y**

★   OCT 06 2009   ★

**LONG ISLAND OFFICE**