```
UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
------------------------------------------------------------------------X
JAMES M. MALONEY,

                    Plaintiff-Appellant,
                                                                              07-0581-cv
         - against -

ANDREW CUOMO, in his official capacity as Attorney             NOTICE OF ENTRY
General of the State of New York,                                     AND
ELIOT SPITZER, in his official capacity as Governor of          DEMAND FOR
the State of New York, and                                        RETRACTION OF
KATHLEEN A. RICE, in her official capacity as District         APPELLEE'S BRIEF
Attorney of the County of Nassau, and their successors,

                    Defendants-Appellees.
------------------------------------------------------------------------X
```

**PLEASE TAKE NOTICE** that attached hereto is a true copy of an Order entered by the Clerk of the Court on November 13, 2007, referring Appellant's motion to strike Appellee's Brief to the Merits Panel.

**PLEASE TAKE FURTHER NOTICE** that formal demand is hereby made of KATHLEEN A. RICE, individually and in her official capacity as District Attorney of the County of Nassau, that Appellee's Brief, dated October 24, 2007, be retracted forthwith because:

(1) Appellee's Brief contains, at page 6 thereof, statutorily confidential matter that is not germane to this appeal, and as such its continued submission amounts to the commission of a Class A misdemeanor under the provisions of subdivision 12 of § 422 of the New York Social Services Law and of subdivision 1 of § 195.00 of the New York Penal Code; and

(2) Continued submission of Appellee's Brief, which will allow said statutorily confidential matter to be reviewed by the Merits Panel, their staff, and possibly additional persons, increases the harm suffered by Appellant *Pro Se*.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Entry and Demand for Retraction of Appellee's Brief is being served directly on KATHLEEN A. RICE, individually and in her official capacity as District Attorney of the County of Nassau, in addition to counsel for all parties, because Appellant is an attorney at law subject to the ethical codes applicable to the profession, and accordingly may not *threaten* criminal prosecution in order to advance his position in a civil matter, but *may* report a criminal act and/or demand that it be remedied.

**PLEASE TAKE FURTHER NOTICE** that the within is intended to serve as notice, report and complaint to the District Attorney of the County of Nassau of the commission of a Class A misdemeanor by one or more public servants under the provisions of subdivision 12 of § 422 of the Social Services Law and of subdivision 1 of § 195.00 of the Penal Code.

Dated: November 19, 2007  
Port Washington, New York

JAMES M. MALONEY  
Appellant *Pro Se*  
33 Bayview Avenue  
Port Washington, NY 11050  
maritimelaw@nyu.edu  
www.nunchakulaw.com

TO: The Honorable Kathleen M. Rice  
Nassau County District Attorney  
262 Old Country Road  
Mineola, NY 11501       By Certified Mail No. 7004 2510 0000 5910 8970

C. Cecelia Chang, Esq.  
Assistant Solicitor General  
120 Broadway  
New York, NY 10271       By Certified Mail No. 7004 2510 0000 5910 8987

Karen Hutson, Esq.  
Deputy County Attorney  
1 West Street  
Mineola, NY 11501       By Certified Mail No. 7004 2510 0000 5910 8994

UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse at Foley Square   40 Centre Street, New York, NY 10007   Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 07-0581-cv

**Caption [use short title]**

**Motion for:** strike appellee's brief

James M. Maloney,

Plaintiff-Appellant,

-against-

Andrew Cuomo et al.,

Defendants-Respondents.

**Set forth below precise, complete statement of relief sought:**

Strike brief as violative of Local Rule 28(1) and of NY Social Services Law; refer to Committee on Admissions and Grievances.

**MOVING PARTY:** James M. Maloney
- ☑ Plaintiff   ☐ Defendant
- ☑ Appellant/Petitioner   ☐ Appellee/Respondent

**OPPOSING PARTY:** Kathleen A. Rice
Nassau County District Attorney

**MOVING ATTORNEY:** James M. Maloney, Esq.
Law Office of James M. Maloney
33 Bayview Avenue, Port Washington, NY 11050
(516) 767-1395   maritimelaw@nyu.edu

**OPPOSING ATTORNEY [Name]:** Karen Hutson, Esq.
Deputy County Attorney, Nassau County
1 West Street, Mineola, NY 11501
(516) 571-2461   khutson@nassaucountyny.gov

**Court-Judge/Agency appealed from:** Eastern District of New York - Hon. Arthur D. Spatt.

**Please check appropriate boxes:**

Has consent of opposing counsel:
- A. been sought?   ☐ Yes   ☑ No
- B. been obtained?   ☐ Yes   ☑ No

Is oral argument requested?   ☐ Yes   ☑ No
(requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☐ Yes   ☑ No
If yes, enter date _____

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**

Has request for relief been made below?   ☐ Yes   ☐ No

Has this relief been previously sought in this Court?   ☐ Yes   ☐ No

Requested return date and explanation of emergency: _____

**Signature of Moving Attorney:** [signed]   **Date:** 10/26/07

Has service been effected?   ☑ Yes   ☐ No
[Attach proof of service]

### ORDER

Motion is referred to the merits panel.

IT IS HEREBY ORDERED THAT the motion is ~~GRANTED~~ ~~DENIED~~.

**Date:** NOV 13 2007 [FILED stamp, Catherine O'Hagan Wolfe, Clerk, SECOND CIRCUIT]

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

By: [signed] Joy Fallek
Joy Fallek, Administrative Attorney

Form T-1080 (Revised 10/31/02).