UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JAMES M. MALONEY,

                        Plaintiff,                  **ORDER**

      -against-                                   CV 03-786 (PKC)(ARL)

KATHLEEN M. RICE,

                        Defendant.
-------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

       On October 22, 2010, the plaintiff filed a second amended complaint challenging the constitutionality of a New York State statute criminalizing possession of nunchaku and also challenging the defendant's disclosure that plaintiff was the subject of an "indicated report" of child abuse and maltreatment.  The only disputed area of discovery centered on the deposition of District Attorney Rice, which the Court denied.  The parties have not suggested that any further discovery is required in this matter and as such this matter should be returned to the District Judge for final disposition.  The parties are directed to notify this Court on or before October 15, 2013, should they require additional discovery.

Dated:  Central Islip, New York                     **SO ORDERED:**
          October 2, 2013

                                                            _____/s/_____
                                                             ARLENE ROSARIO LINDSAY
                                                             United States Magistrate Judge