ADMITTED TO PRACTICE IN:
NEW YORK; NEW JERSEY;
UNITED STATES SUPREME COURT;
U.S. COURTS OF APPEALS FOR THE
SECOND AND THIRD CIRCUITS;
U.S. DISTRICT COURTS FOR THE
DISTRICT OF CONNECTICUT,
NORTHERN DISTRICT OF FLORIDA,
NORTHERN DISTRICT OF ILLINOIS,
DISTRICT OF NEW JERSEY, AND
NORTHERN, SOUTHERN & EASTERN
DISTRICTS OF NEW YORK; U.S.
COURT OF INTERNATIONAL TRADE;
U.S. COURT OF FEDERAL CLAIMS.

# JAMES M. MALONEY
## ATTORNEY AT LAW
### PROCTOR IN ADMIRALTY



P.O. Box 551
33 Bayview Avenue
Port Washington, NY 11050

TEL: (516) 767-1395
FAX: (516) 767-1326

E-MAIL ADDRESS:
maritimelaw@nyu.edu

March 20, 2014

The Honorable Pamela K. Chen
United States District Judge
United States District Court, E.D.N.Y
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Maloney v. Rice*, CV-03-0786

Dear Judge Chen:

Enclosed, per section 1(D) of Your Honor's Individual Practices and Rules as revised January 24, 2014, are two courtesy copies each of the following filings[1] made by ECF earlier this date in connection with the motion and cross-motion contemplated by the Minute Entry for proceedings held October 24, 2013:

(1) Plaintiff's Main Brief;
(2) Plaintiff's Declaration of December 16, 2013, with two exhibits numbered 1-2;
(3) Plaintiff's Rule 56.1 Statement;
(4) Plaintiff's Reply and Opposition Brief; and
(5) Plaintiff's Declaration of February 27, 2014, with four exhibits numbered 3-6.

Respectfully,

James M. Maloney

cc: all counsel via ECF (this letter being filed via ECF as lead document on Plaintiff's motion)

---

[1] To provide a complete set of all of Plaintiff's papers in connection with the motion and cross-motion, courtesy copies are provided even for documents fewer than 20 pages in length.