| | | |
|---|---|---|
| ADMITTED TO PRACTICE IN:<br>NEW YORK; NEW JERSEY;<br>UNITED STATES SUPREME COURT;<br>U.S. COURTS OF APPEALS FOR THE<br>SECOND AND THIRD CIRCUITS;<br>U.S. DISTRICT COURTS FOR THE<br>DISTRICT OF CONNECTICUT,<br>NORTHERN DISTRICT OF FLORIDA,<br>NORTHERN DISTRICT OF ILLINOIS,<br>DISTRICT OF NEW JERSEY, AND<br>NORTHERN, SOUTHERN & EASTERN<br>DISTRICTS OF NEW YORK; U.S.<br>COURT OF INTERNATIONAL TRADE;<br>U.S. COURT OF FEDERAL CLAIMS. | **JAMES M. MALONEY**<br>ATTORNEY AT LAW<br>PROCTOR IN ADMIRALTY<br><br>P.O. BOX 551<br>33 BAYVIEW AVENUE<br>PORT WASHINGTON, NY 11050 | TEL: (516) 767-1395<br>FAX: (516) 767-1326<br><br>E-MAIL ADDRESS:<br>maritimelaw@nyu.edu |

March 20, 2014

The Honorable Pamela K. Chen
United States District Judge
United States District Court, E.D.N.Y
225 Cadman Plaza East
Brooklyn, NY 11201

                            Re: *Maloney v. Rice*, CV-03-0786

Dear Judge Chen:

      Enclosed, per section 1(D) of Your Honor's Individual Practices and Rules as revised January 24, 2014, are two courtesy copies each of the following filings[1] made by ECF earlier this date in connection with the motion and cross-motion contemplated by the Minute Entry for proceedings held October 24, 2013:

(1) Plaintiff's Main Brief;
(2) Plaintiff's Declaration of December 16, 2013, with two exhibits numbered 1-2;
(3) Plaintiff's Rule 56.1 Statement;
(4) Plaintiff's Reply and Opposition Brief; and
(5) Plaintiff's Declaration of February 27, 2014, with four exhibits numbered 3-6.

                                                Respectfully,

                                                James M. Maloney

cc: all counsel via ECF (this letter being filed via ECF as lead document on Plaintiff's motion)

---

      [1] To provide a complete set of all of Plaintiff's papers in connection with the motion and cross-motion, courtesy copies are provided even for documents fewer than 20 pages in length.