UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
------------------------------------------------------------------------X
JAMES M. MALONEY,

                     Plaintiff-Appellant,

      - against -

ANDREW CUOMO, in his official capacity as Attorney General of the State of New York,
ELIOT SPITZER, in his official capacity as Governor of the State of New York, and
KATHLEEN A. RICE, in her official capacity as District Attorney of the County of Nassau, and their successors,

                     Defendants-Appellees.
------------------------------------------------------------------------X

**07-0581-cv**

NOTICE OF ENTRY
AND
DEMAND FOR
RETRACTION OF
APPELLEE'S BRIEF

**PLEASE TAKE NOTICE** that attached hereto is a true copy of an Order entered by the Clerk of the Court on November 13, 2007, referring Appellant's motion to strike Appellee's Brief to the Merits Panel.

**PLEASE TAKE FURTHER NOTICE** that formal demand is hereby made of KATHLEEN A. RICE, individually and in her official capacity as District Attorney of the County of Nassau, that Appellee's Brief, dated October 24, 2007, be retracted forthwith because:

(1) Appellee's Brief contains, at page 6 thereof, statutorily confidential matter that is not germane to this appeal, and as such its continued submission amounts to the commission of a Class A misdemeanor under the provisions of subdivision 12 of § 422 of the New York Social Services Law and of subdivision 1 of § 195.00 of the New York Penal Code; and

(2) Continued submission of Appellee's Brief, which will allow said statutorily confidential matter to be reviewed by the Merits Panel, their staff, and possibly additional persons, increases the harm suffered by Appellant *Pro Se*.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Entry and Demand for Retraction of Appellee's Brief is being served directly on KATHLEEN A. RICE, individually and in her official capacity as District Attorney of the County of Nassau, in addition to counsel for all parties, because Appellant is an attorney at law subject to the ethical codes applicable to the profession, and accordingly may not *threaten* criminal prosecution in order to advance his position in a civil matter, but *may* report a criminal act and/or demand that it be remedied.

**PLEASE TAKE FURTHER NOTICE** that the within is intended to serve as notice, report and complaint to the District Attorney of the County of Nassau of the commission of a Class A misdemeanor by one or more public servants under the provisions of subdivision 12 of § 422 of the Social Services Law and of subdivision 1 of § 195.00 of the Penal Code.

Dated:   November 19, 2007
         Port Washington, New York

JAMES M. MALONEY
Appellant *Pro Se*
33 Bayview Avenue
Port Washington, NY 11050
maritimelaw@nyu.edu
www.nunchakulaw.com

TO:   The Honorable Kathleen M. Rice
      Nassau County District Attorney
      262 Old Country Road
      Mineola, NY 11501          By Certified Mail No. 7004 2510 0000 5910 8970

      C. Cecelia Chang, Esq.
      Assistant Solicitor General
      120 Broadway
      New York, NY 10271          By Certified Mail No. 7004 2510 0000 5910 8987

      Karen Hutson, Esq.
      Deputy County Attorney
      1 West Street
      Mineola, NY 11501          By Certified Mail No. 7004 2510 0000 5910 8994

UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse at Foley Square   40 Centre Street, New York, NY 10007   Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): 07-0581-cv

Motion for: strike appellee's brief

Caption [use short title]

James M. Maloney,

Plaintiff-Appellant

-against-

Andrew Cuomo et al.,

Defendants-Respondents.

Set forth below precise, complete statement of relief sought:

Strike brief as violative of Local Rule 28(1) and of NY Social Services Law; refer to Committee on Admissions and Grievances.

MOVING PARTY: James M. Maloney
☑ Plaintiff   ☐ Defendant
☑ Appellant/Petitioner   ☐ Appellee/Respondent

OPPOSING PARTY: Kathleen A. Rice
Nassau County District Attorney

MOVING ATTORNEY: James M. Maloney, Esq.
[name of attorney, with firm, address, phone number and e-mail]

Law Office of James M. Maloney

33 Bayview Avenue, Port Washington, NY 11050

(516) 767-1395   maritimelaw@nyu.edu

OPPOSING ATTORNEY [Name]: Karen Hutson, Esq.
[name of attorney, with firm, address, phone number and e-mail]

Deputy County Attorney, Nassau County

1 West Street, Mineola, NY 11501

(516) 571-2461   khutson@nassaucountyny.gov

Court-Judge/Agency appealed from: Eastern District of New York - Hon. Arthur D. Spatt.

Please check appropriate boxes:

Has consent of opposing counsel:
  A. been sought?   ☐ Yes   ☑ No
  B. been obtained?   ☐ Yes   ☑ No

Is oral argument requested?   ☐ Yes   ☑ No
(requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☐ Yes   ☑ No
If yes, enter date _____

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:
Has request for relief been made below?   ☐ Yes   ☐ No

Has this relief been previously sought in this Court?   ☐ Yes   ☐ No

Requested return date and explanation of emergency:

Signature of Moving Attorney: [signed]   Date: 10/26/07

Has service been effected? ☑ Yes  ☐ No
[Attach proof of service]

ORDER   Motion is referred to the merits panel.

IT IS HEREBY ORDERED THAT the motion is GRANTED DENIED.

Date: _____ (FILED NOV 13 2007)

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

By: [signed] Joy Fallek, Administrative Attorney

Form T-1080 (Revised 10/31/02).

**Receipt 1 (7004 2510 0000 5910 8970):**

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

MINEOLA NY 11501

| | | |
|---|---|---|
| Postage | $0.97 | 0038 |
| Certified Fee | $2.65 | 07 Postmark Here |
| Return Receipt Fee (Endorsement Required) | $2.15 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $5.77 | 11/19/2007 |

Sent To: HON. KATHLEEN M. RICE
Street, Apt No.: 262 OLD COUNTRY ROAD
City, State, ZIP: MINEOLA, NY 11501

PS Form 3800, June 2002

**Receipt 2 (7004 2510 0000 5910 8987):**

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT

NEW YORK NY 10271

| | | |
|---|---|---|
| Postage | $0.97 | 0038 |
| Certified Fee | $2.65 | 07 Postmark Here |
| Return Receipt Fee | $2.15 | |
| Restricted Delivery Fee | $0.00 | |
| Total Postage & Fees | $5.77 | 11/19/2007 |

Sent To: C. CECELIA CHANG, ESQ.
Street, Apt No.: 120 BROADWAY
City, State, ZIP: NEW YORK, NY 10271

PS Form 3800, June 2002

**Receipt 3 (7004 2510 0000 5910 8994):**

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT

MINEOLA NY 11501

| | | |
|---|---|---|
| Postage | $0.97 | 0038 |
| Certified Fee | $2.65 | 07 Postmark Here |
| Return Receipt Fee | $2.15 | |
| Restricted Delivery Fee | $0.00 | |
| Total Postage & Fees | $5.77 | 11/19/2007 |

Sent To: KAREN HUTSON, ESQ.
Street, Apt No.: 1 WEST STREET
City, State, ZIP: MINEOLA, NY 11501

PS Form 3800, June 2002

---

```
==========================================
        PORT WASHINGTON P.O.
     PORT WASHINGTON, New York
              110509998
           3568880038-0094
11/19/2007 (800)275-8777 08:33:44 AM
==========================================
============== Sales Receipt =============
Product             Sale Unit
Description         Qty   Price    Final
                                   Price

Mail Pickup              Delivered
Label # 70062150000122142665
# of Mail Pieces : 1
Mail Pickup Date: 11/19/2007 08:30 AM
MINEOLA NY 11501
                                    $0.97
Zone-1 First-Class
Large Env
1.50 oz.
 Return Rcpt (Green
 Card)                              $2.15
 Certified                          $2.65
 Label #:     70042510000059108994
                                 ========
 Issue PVI:                         $5.77

NEW YORK NY 10271                   $0.97
Zone-1 First-Class
Large Env
1.50 oz.
 Return Rcpt (Green
 Card)                              $2.15
 Certified                          $2.65
 Label #:     70042510000059108987
                                 ========
 Issue PVI:                         $5.77

MINEOLA NY 11501                    $0.97
Zone-1 First-Class
Large Env
1.50 oz.
 Return Rcpt (Green
 Card)                              $2.15
 Certified                          $2.65
 Label #:     70042510000059108970
                                 ========
 Issue PVI:                         $5.77

                                ==========
Total:                             $17.31
Paid by:
Cash                               $20.00
Change Due:                        -$2.69
```

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

THE HONORABLE
KATHLEEN M. RICE
NASSAU COUNTY DISTRICT
ATTORNEY
262 OLD COUNTRY ROAD
MINEOLA, NY 11501

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name): 11/20
C. Date of Delivery:

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7004 2510 0000 5910 8970

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

C. CECELIA CHANG, ESQ.
ASSISTANT SOLICITOR GENERAL
120 BROADWAY
NEW YORK, NY 10271

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name):
C. Date of Delivery: 11/23/07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7004 2510 0000 5910 8987

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

KAREN HUTSON, ESQ.
DEPUTY COUNTY ATTORNEY
1 WEST STREET
MINEOLA, NY 11501

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name):
C. Date of Delivery:

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7004 2510 0000 5910 8994

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540