UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
------------------------------------------------------------------------X
JAMES M. MALONEY,

                      Plaintiff-Appellant,

        - against -

ANDREW CUOMO, in his official capacity as Attorney
General of the State of New York,
ELIOT SPITZER, in his official capacity as Governor of
the State of New York, and
KATHLEEN A. RICE, in her official capacity as District
Attorney of the County of Nassau, and their successors,

                   Defendants-Appellees.
------------------------------------------------------------------------X

**07-0581-cv**

NOTICE OF ENTRY
AND
DEMAND FOR
RETRACTION OF
APPELLEE'S BRIEF

      **PLEASE TAKE NOTICE** that attached hereto is a true copy of an Order entered by

the Clerk of the Court on November 13, 2007, referring Appellant's motion to strike

Appellee's Brief to the Merits Panel.

      **PLEASE TAKE FURTHER NOTICE** that formal demand is hereby made of

KATHLEEN A. RICE, individually and in her official capacity as District Attorney of the

County of Nassau, that Appellee's Brief, dated October 24, 2007, be retracted forthwith

because:

      (1) Appellee's Brief contains, at page 6 thereof, statutorily confidential matter that is

not germane to this appeal, and as such its continued submission amounts to the commission of

a Class A misdemeanor under the provisions of subdivision 12 of § 422 of the New York

Social Services Law and of subdivision 1 of § 195.00 of the New York Penal Code; and

      (2) Continued submission of Appellee's Brief, which will allow said statutorily

confidential matter to be reviewed by the Merits Panel, their staff, and possibly additional

persons, increases the harm suffered by Appellant *Pro Se*.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Entry and Demand for Retraction of Appellee's Brief is being served directly on KATHLEEN A. RICE, individually and in her official capacity as District Attorney of the County of Nassau, in addition to counsel for all parties, because Appellant is an attorney at law subject to the ethical codes applicable to the profession, and accordingly may not *threaten* criminal prosecution in order to advance his position in a civil matter, but *may* report a criminal act and/or demand that it be remedied.

**PLEASE TAKE FURTHER NOTICE** that the within is intended to serve as notice, report and complaint to the District Attorney of the County of Nassau of the commission of a Class A misdemeanor by one or more public servants under the provisions of subdivision 12 of § 422 of the Social Services Law and of subdivision 1 of § 195.00 of the Penal Code.

Dated:      November 19, 2007
            Port Washington, New York

                JAMES M. MALONEY
                Appellant *Pro Se*
                33 Bayview Avenue
                Port Washington, NY 11050
                maritimelaw@nyu.edu
                www.nunchakulaw.com

TO:    The Honorable Kathleen M. Rice
       Nassau County District Attorney
       262 Old Country Road
       Mineola, NY 11501      By Certified Mail No. 7004 2510 0000 5910 8970

       C. Cecelia Chang, Esq.
       Assistant Solicitor General
       120 Broadway
       New York, NY 10271     By Certified Mail No. 7004 2510 0000 5910 8987

       Karen Hutson, Esq.
       Deputy County Attorney
       1 West Street
       Mineola, NY 11501      By Certified Mail No. 7004 2510 0000 5910 8994

UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse at Foley Square     40 Centre Street, New York, NY 10007     Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): __07-0581-cv_____

Motion for: __strike appellee's brief_____

Set forth below precise, complete statement of relief sought:

__Strike brief as violative of Local Rule__

__28(1) and of NY Social Services Law; refer__

__to Committee on Admissions and Grievances.__

Caption [use short title]

James M. Maloney,

                Plaintiff-Appellant,

                -against-

Andrew Cuomo et al.,

                Defendants-Respondents.

*[Stamp: UNITED STATES COURT OF APPEALS — FILED OCT 29 2007 — Catherine O'Hagan Wolfe, Clerk — SECOND CIRCUIT]*

MOVING PARTY: __James M. Maloney__      OPPOSING PARTY: __Kathleen A. Rice__
☑ Plaintiff        ☐ Defendant                              __Nassau County District Attorney__
☑ Appellant/Petitioner   ☐ Appellee/Respondent

MOVING ATTORNEY: __James M. Maloney, Esq.__      OPPOSING ATTORNEY [Name]: __Karen Hutson, Esq.__
[name of attorney, with firm, address, phone number and e-mail]      [name of attorney, with firm, address, phone number and e-mail]

Law Office of James M. Maloney      Deputy County Attorney, Nassau County

33 Bayview Avenue, Port Washington, NY 11050      1 West Street, Mineola, NY 11501

(516) 767-1395   maritimelaw@nyu.edu      (516) 571-2461   khutson@nassaucountyny.gov

Court-Judge/Agency appealed from: __Eastern District of New York - Hon. Arthur D. Spatt.__

Please check appropriate boxes:

Has consent of opposing counsel:
    A. been sought?        ☐ Yes   ☑ No
    B. been obtained?      ☐ Yes   ☑ No

Is oral argument requested?        ☐ Yes   ☑ No
(requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☐ Yes   ☑ No
If yes, enter date _____

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:

Has request for relief been made below?   ☐ Yes   ☐ No

Has this relief been previously sought
in this Court?                            ☐ Yes   ☐ No

Requested return date and explanation of emergency:

_____

_____

Signature of Moving Attorney: _____   Date: __10/26/07__   Has service been effected?   ☑ Yes   ☐ No
                                                                    [Attach proof of service]

ORDER      *Motion is referred to the merits panel.*

IT IS HEREBY ORDERED THAT ~~the motion is GRANTED~~ DENIED.

*[Stamp: UNITED STATES COURT OF APPEALS — FILED NOV 1 3 2007 — Catherine O'Hagan Wolfe, Clerk — SECOND CIRCUIT]*

Date: _____

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

By: _____
Joy Fallek, Administrative Attorney

Form T-1080 (Revised 10/31/02).

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com.

MINEOLA NY 11501

| | | |
|---|---|---|
| Postage $ | $0.97 | 0038 |
| Certified Fee | $2.65 | 07 |
| Return Receipt Fee (Endorsement Required) | $2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees $ | $5.77 | 11/19/2007 |

Sent To
HON. KATHLEEN M. RICE
262 OLD COUNTRY ROAD
MINEOLA, NY 11501

PS Form 3800, June 2002      See Reverse for Instructions

7004 2510 0000 5910 8970

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com.

NEW YORK NY 10271

| | | |
|---|---|---|
| Postage $ | $0.97 | 0038 |
| Certified Fee | $2.65 | 07 |
| Return Receipt Fee (Endorsement Required) | $2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees $ | $5.77 | 11/19/2007 |

Sent To
C. CECELIA CHANG, ESQ.
120 BROADWAY
NEW YORK, NY 10271

PS Form 3800, June 2002      See Reverse for Instructions

7004 2510 0000 5910 8987

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com.

MINEOLA NY 11501

| | | |
|---|---|---|
| Postage $ | $0.97 | 0038 |
| Certified Fee | $2.65 | 07 |
| Return Receipt Fee (Endorsement Required) | $2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees $ | $5.77 | 11/19/2007 |

Sent To
KAREN HUTSON, ESQ.
1 WEST STREET
MINEOLA, NY 11501

PS Form 3800, June 2002      See Reverse for Instructions

7004 2510 0000 5910 8994

---

```
=====================================
        PORT WASHINGTON P.O.
     PORT WASHINGTON, New York
             110509998
           3568880038-0094
   11/19/2007 (800)275-8777 08:33:44 AM
=====================================
============= Sales Receipt =========
Product          Sale Unit      Final
Description       Qty  Price     Price
=====================================
Mail Pickup           Delivered
Label # 70062150000122142665
# of Mail Pieces : 1
Mail Pickup Date: 11/19/2007 08:30 AM
MINEOLA NY 11501
                                 $0.97
Zone-1 First-Class
Large Env
 1.50 oz.
 Return Rcpt (Green
 Card)                           $2.15
 Certified                       $2.65
 Label #:     700425100000059108994
                              ========
 Issue PVI:                      $5.77

NEW YORK NY 10271
Zone-1 First-Class               $0.97
Large Env
 1.50 oz.
 Return Rcpt (Green
 Card)                           $2.15
 Certified                       $2.65
 Label #:     700425100000059108987
                              ========
 Issue PVI:                      $5.77

MINEOLA NY 11501
Zone-1 First-Class               $0.97
Large Env
 1.50 oz.
 Return Rcpt (Green
 Card)                           $2.15
 Certified                       $2.65
 Label #:     700425100000059108970
                              ========
 Issue PVI:                      $5.77

                           ==========
Total:                          $17.31
Paid by:
Cash
Change Due:                     $20.00
                                -$2.69
```

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

THE HONORABLE
KATHLEEN M. RICE
NASSAU COUNTY DISTRICT
ATTORNEY
262 OLD COUNTRY ROAD
MINEOLA, NY 11501

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X

☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)     7004 2510 0000 5910 8970

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, & 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

C. CECELIA CHANG, ESQ.
ASSISTANT SOLICITOR GENERAL
120 BROADWAY
NEW YORK, NY 10271

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X

☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery
11/23/07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)     7004 2510 0000 5910 8987

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

KAREN HUTSON, ESQ.
DEPUTY COUNTY ATTORNEY
1 WEST STREET
MINEOLA, NY 11501

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X

☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)     7004 2510 0000 5910 8994

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540