UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JAMES M. MALONEY,

                      Plaintiff,

    -against-

KATHLEEN A. RICE,

                      Defendant.
-------------------------------------------------------------------X

**Notice of Cross Motion**

03-CV-786
(PKC) (ARL)

PLEASE TAKE NOTICE that upon the annexed Declaration of Liora M. Ben-Sorek, Esq. with attachments, Rule 56.1 counter-statement of facts together with Defendant's Rule 56.1 statement of material facts, and Memorandum of Law in Opposition to Plaintiff's Motion for Summary Judgment and in Support of Defendant's Cross-Motion for Summary Judgment, Defendant Kathleen A. Rice will cross-move this Court, in accordance with the established briefing schedule, for an order pursuant to F.R.C.P. 56 granting summary judgment on all of Plaintiff's causes of action.

Dated: Mineola, New York
        January 27, 2014

                                                        CARNELL T. FOSKEY
                                                        Nassau County Attorney

                                By:         /S/
                                                        Liora M. Ben-Sorek
                                                        Deputy County Attorney
                                                        One West Street
                                                        Mineola, New York 11501
                                                        (516) 571-3014
                                                        Attorneys for Defendant Rice

To:    James M. Maloney
        33 Bayview Avenue
        Port Washington, New York 11050
        (516) 767-1395
        Plaintiff *Pro Se*