UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

JAMES M. MALONEY,

                                             Plaintiff,              AFFIDAVIT OF SERVICE

       -against-

                                                      03-CV-786
                                                      (PKC) (ARL)

KATHLEEN A. RICE,

                                          Defendant.
------------------------------------------------------------------X

(STATE OF NEW YORK)
(COUNTY OF NASSAU) SS:

I, Kathryn Rapp, being duly sworn deposes and says that deponent is over 18 years of age and not a party to the proceedings herein. That deponent is employed in the office of the County Attorney of Nassau County; that on the 27th day of January, 2014 the deponent served a Notice of Cross Motion, Defendant's Rule 56.1 Counter-Statement, Declaration of Liora M. Ben-Sorek, Memorandum of Law in Opposition and Rule 56 Notice upon:

James M. Maloney<br>33 Bayview Avenue<br>Port Washington, New York 11050<br>Plaintiff <em>Pro Se</em>

By depositing a true copy of the same securely enclosed in a post-paid wrapper in a post office box regularly maintained by the United States Government at One West Street, Mineola, New York, directed to the above, at the address within the State designated by him for that purpose.

                                                   _Kathryn Rapp_
                                                   Kathryn Rapp

Sworn to before me this 23th day of January, 2014

_Liora M. Ben-Sorek_

Notary Public

LIORA M. BEN-SOREK
Notary Public, State of New York
No. 02BE5034404
Qualified in Nassau County
Commission Expires October 11, 2014