UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X

JAMES M. MALONEY,

                  Plaintiff,

      -against-

KATHLEEN A. RICE,

                  Defendant.

------------------------------------------------------X

Case No. 03-cv-786
(PKC) (ARL)


AFFIDAVIT OF SERVICE


STATE OF NEW YORK)
        ) SS.:
COUNTY OF NASSAU)

      I, Kathryn Rapp, being duly sworn, deposes and says that deponent is over twenty-one years of age, not a party to the proceedings herein and resides in Nassau County, New York; that deponent is employed in the Office of the Nassau County Attorney and that on the 20th day of March, 2014 deponent served the attached **MEMORANDUM OF LAW IN FURTHER OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND IN FURTHER SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** upon:

Mr. James M. Maloney
33 Bayview Avenue
Port Washington, New York 11050
*Plaintiff Pro Se*

by depositing a true copy of the same securely enclosed in the post-paid wrapper in a post office box regularly maintained by the United States Government at One West Street, Mineola, New York.

*Kathryn Rapp*

Kathryn Rapp

Sworn to before me this 20th day of March, 2014

*Liora M. Ben-Sorek*

NOTARY PUBLIC

LIORA M. BEN-SOREK
Notary Public, State of New York
No. 02BE5034464
Qualified in Nassau County
Commission Expires OCTOBER 11, 2014