# ATTORNEY'S AFFIRMATION OF SERVICE

James M. Maloney, an attorney at law admitted to practice before this Court, affirms as follows:

On the 16th day of December, 2013, I served true copies of the following documents

(1) Memorandum of Law in Support of Plaintiff's Post-Remand Rule 56 Motions for Summary Judgment In Whole or Part as to the First and Third Causes of Action (Document 132);
(2) Declaration of James M. Maloney executed December 16, 2013 (Document 133); and
(3) Plaintiff's Rule 56.1 Statement (Document 134)

upon the Office of the Nassau County Attorney, by causing to be deposited true copies of same in a letter box under the exclusive control of the United States Postal Service, enclosed in a sealed postpaid wrapper addressed to said attorneys at One West Street, Mineola, NY 11501. Additionally, on December 17, 2013, I sent pdf copies of the same documents by email to the same attorneys at: lben-sorek@nassaucountyny.gov.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 21, 2014
       Port Washington, NY

_____
JAMES M. MALONEY