## ATTORNEY'S AFFIRMATION OF SERVICE

James M. Maloney, an attorney at law admitted to practice before this Court, affirms as follows:

On the 27th day of February, 2014, I served true copies of the following documents

(1)     Memorandum of Law in Further Support of Plaintiff's Post-Remand Rule 56 Motions for Summary Judgment in Whole or Part as to the First and Third Causes of Action and in Opposition to Defendant's Cross-Motion (Document 135); and

(2)     Declaration of James M. Maloney executed February 27, 2014 (Document 136)

upon the Office of the Nassau County Attorney, by causing to be deposited true copies of same in a letter box under the exclusive control of the United States Postal Service, enclosed in a sealed postpaid wrapper addressed to said attorneys at One West Street, Mineola, NY 11501. Additionally, on March 2, 2014, I sent pdf copies of the same documents by email to the same attorneys at: lben-sorek@nassaucountyny.gov and dtauster@nassaucountyny.gov.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 21, 2014
      Port Washington, NY

                          JAMES M. MALONEY