| | | |
|---|---|---|
| ADMITTED TO PRACTICE IN:<br>NEW YORK; NEW JERSEY;<br>UNITED STATES SUPREME COURT;<br>U.S. COURTS OF APPEALS FOR THE<br>SECOND AND THIRD CIRCUITS;<br>U.S. DISTRICT COURTS FOR THE<br>DISTRICT OF CONNECTICUT,<br>NORTHERN DISTRICT OF FLORIDA,<br>NORTHERN DISTRICT OF ILLINOIS,<br>DISTRICT OF NEW JERSEY, AND<br>NORTHERN, SOUTHERN & EASTERN<br>DISTRICTS OF NEW YORK; U.S.<br>COURT OF INTERNATIONAL TRADE;<br>U.S. COURT OF FEDERAL CLAIMS. | **JAMES M. MALONEY**<br>ATTORNEY AT LAW<br>PROCTOR IN ADMIRALTY<br><br>P.O. BOX 551<br>33 BAYVIEW AVENUE<br>PORT WASHINGTON, NY 11050 | TEL: (516) 767-1395<br>FAX: (516) 767-1326<br><br>E-MAIL ADDRESS:<br>maritimelaw@nyu.edu |

April 7, 2014

The Honorable Pamela K. Chen
United States District Judge                      **VIA ECF ONLY**
United States District Court, E.D.N.Y
225 Cadman Plaza East
Brooklyn, NY 11201

                                                   Re: *Maloney v. Rice*, CV-03-0786

Dear Judge Chen:

       I am the Plaintiff in the above-captioned action. At Point II of Plaintiff's Reply and Opposition Brief (Document 135), and in the corresponding section of Defendants's brief responsive thereto (document 141), there was some mention of the dialogue that occurred at the conference of October 24, 2013. In order to provide clarity, I have accordingly ordered (and today received) the transcript of that conference (a true copy of which is attached), and note that the relevant discussion runs from page 5, line 17, through page 7, line 9.

                                                             Respectfully,

                                                             /s

                                                        James M. Maloney

cc: all counsel via ECF