Search  Images  Maps  Gmail  Drive  Calendar  Translate  Docs  More »                                                                  Advanced search | Settings ▼ |

  "516-573-7210"

**Web**  Maps  Images  Videos  More ▼  Search tools

About 227 results (0.39 seconds)

### Israel Santiago in Mineola, NY - 516-573-7210 - Whitepages
www.whitepages.com/business/israel-santiago-mineola-ny ▼
Find Israel Santiago at 1490 Franklin Ave, Mineola, NY 11501-4801. Call them at (**516**) **573-7210**.

### Karen Lynn Taggart in Mineola, NY - 516-573-7210
www.whitepages.com/business/karen-lynn-taggart-mineola-ny ▼
Find Karen Lynn Taggart at 1 West St, Mineola, NY 11501-4813. Call them at (**516**) **573-7210**.

### Tatum J. Fox in Mineola, NY - 516-573-7210 - Whitepages
www.whitepages.com/business/tatum-j-fox-mineola-ny ▼
Find Tatum J. Fox at 1490 Franklin Ave, Mineola, NY 11501-4801. Call them at (**516**) **573-7210**.

### [PDF] WINTHROP P0
www.policeunitytour37.com/uploads/3/3/4/.../police_memorial_app.pdf ▼
Aug 11, 2014 - For more Information contact: Lesli l-iiller @ **516-573-7210** or Lhiller@pdcn.org or Alan Hirsch @ 516-573-7500. NCPD POLICE OFFICER ...

### Tatum J. Fox in Mineola, NY - 516-573-7210 - Switchboard
www.switchboard.com/business/tatum-j-fox-mineola-ny ▼
Find Tatum J. Fox at 1490 Franklin Ave, Mineola, NY 11501-4801. Call them at (**516**) **573-7210**.

### Lawyer Tatum Fox - Mineola, NY Attorney - Avvo.com
www.avvo.com › Rated Lawyers › New York › Mineola ▼
Nassau County Police Department. 1490 Franklin Ave Mineola, NY, 11501-4818. Office (**516**) **573-7210** · Call. Resume. License. State, Status, Acquired ...

### Run in Seaford to Honor Three Fallen Police Officers ... - Patch
patch.com/new-york/.../run-in-seaford-to-honor-three-fallen-police-officers ▼
Sep 25, 2012 - ... featuring raffle prizes will be held at Mulcahy's Pub & Concert Hall in Wantagh. For further information, call **516-573-7210** or 516-573-7150.

### Upcoming Events NCPD PO MEMORIAL 5k | Cool Running
www.coolrunning.com/eventcal/event/ncpd-po-memorial-5k/ ▼
Aug 11, 2014 - Organizer. Lesli Hiller; Phone: **516-573-7210**; Email: LHiller@pdcn.org. Venue. Eisenhower Park. East Meadow , East Meadow, NY 11554 ...

### +1 516-573-7xxx Reverse phone lookup for free in Floral Park
lookup.chatminister.com/New-York/Floral-Park/516-573-7/n52 ▼
**516-573-7210**. 516-573-7211. 516-573-7212. 516-573-7213. 516-573-7214. 516-573-7215. 516-573-7216. 516-573-7217. 516-573-7218. 516-573-7219.

### 239-573-7210 | 2395737210 | Whitepages
yp.nwsource.com/phone/1-239-573-7210 ▼
1-909-573-7210 · 1-920-573-7210 · 1-561-573-7210 · 1-832-573-7210 · 1-**516-573-7210** · 1-352-573-7210 · 1-404-573-7210 · 1-203-573-7210 · 1-360-573- ...

### Reverse Lookup 573-7210
Ad  whitepages.com/Reverse-Phone-Lookup
Get Name & Address for 573-7210. Find People & Places on Whitepages!
White Pages Mobile Apps - People Search - Reverse Phone Lookup

### Did 573-7210 Just Call You?
Ad  www.intelius.com/ReversePhoneLookup
Cell or Unlisted-Just Add Area Code & Get Owner's Info Now-Search Free!
Intelius has 1,144 followers on Google+
Search Phone by Name - Reverse Phone Lookup - Cell Phone Directory

**1** 2 3 4 5 6 7   Next

Unknown - Use precise location - Learn more

Help   Send feedback   Privacy   Terms