# Lesli Hiller

Attorney at NCPD

Greater New York City Area | Law Practice

**Previous**: County of Nassau, Nassau County District Attorney
**Education**: Saint John's University School of Law

**375** connections

## Experience

**Attorney**
NCPD
2006 – Present (9 years)

**Deputy County Attorney**
County of Nassau
2006 – 2010 (4 years)

**ADA**
Nassau County District Attorney
1999 – 2005 (6 years)

## Skills

Courts | Litigation | Enforcement | Hearings | Municipal Law | Criminal Law | Prosecution | Legal Research | Legal Writing | Lecturer | Law Enforcement... | Commercial Litigation | Civil Litigation | Criminal Defense | Personal Injury

See 35+

## Education

**Saint John's University School of Law**
JD
1997 – 1999



**Saint Lawrence University**

---

**Search by name**

Over 300 million professionals are alre[ady on] LinkedIn. Find who you know.

**Example:** Jeff Weiner

**People Also Viewed**


Douglas Greenfield, M.D
Internal Medicine and Cardio[logy]


Helen Carlson


Andrew Lynch, PLS
Prior Service Recruiter, 1st M[arine] Corps District


David Rocker


Jeanne Marie Beckmann
NASSAU & SUFFOLK COUN[TY] TRAFFIC LAWYER (Hempste[ad, New] York)


Margaret Weber
Sales Account Manager for M[edical] Device at Hill-Rom


Andy Perni
USCG Licensed Captain at U[S Coast] Guard


Maureen Dougherty
Founder at Dougherty Media[tion] Group


Paul Yakaitis
Owner, Bader, Yakaitis et al


Ben Barnes LAT, ATC, U[SAW,] CSCS, CDSS
Head Athletic Trainer at Sanf[ord H.] Calhoun High School

What is LinkedIn?    Join Today





Six Sigma Certification
$299.95 Black Belt certifica
online. $199.95 Project
Management cert.



Wood Financial Group
Check out our new website

Groups

Sports Security Prof...



Hit With Ransomware?
Security Awareness Training
prevents ransomware
infections. Get a quote now

LinkedIn member directory: a b c d e f g h i j k l m n o p q r s t u v w x y z more | Browse members by country

© 2015 | User Agreement | Privacy Policy | Community Guidelines | Cookie Policy | Copyright Policy | Guest Controls

There's more to see...
Join LinkedIn to see the rest of what's here.

Continue

Sign in