**EDWARD P. MANGANO**
County Executive



**CARNELL T. FOSKEY**
County Attorney

**COUNTY OF NASSAU**
**OFFICE OF THE COUNTY ATTORNEY**
One West Street
Mineola, New York 11501-4820
516-571-3056
FAX: 516-571-6604

Writer's Telephone: 516-571-3011
Writer's Facsimile: 516-571-3058
Writer's E-Mail: pfernandez@nassaucountyny.gov

August 7, 2015

The Honorable Pamela K. Chen
US District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    <u>Maloney v. Singas</u>
            03-CV-0786

Dear Judge Chen:

The Office of the Nassau County Attorney represents Defendant acting-District Attorney Madeline Singas in connection with the above-referenced action. I am in writing this letter in response to *Pro Se* Plaintiff's application for an Order "removing Tatum J. Fox, Esq. . . . from the Notice of Electronic Filing."

Presently, as Plaintiff is well aware, Ms. Ben-Sorek is out of the office and unable to immediately respond to Plaintiff's present application. Therefore, it is respectfully requested that Your Honor accept this communication from undersigned counsel in response thereto.

As an initial matter, Plaintiff has no standing to request who may or may not appear and/or receive notice of the instant proceedings on behalf of Defendant acting-District Attorney Singas. Nonetheless, had Plaintiff simply communicated with this office he would have learned that undersigned counsel would have voluntarily made the request to the ECF clerk. In point of fact, I have taken the liberty of contacting the ECF clerk and requested that Ms. Tatum Fox and Mr. David Tauster be removed from the ECF notification list as both attorneys are no longer employees of this office. It should be noted, that both individuals were former deputy county attorneys in this office and assigned to this matter which is the reason that their names appear on the docket. The names simply remained due to inadvertent oversight. I apologize to the Court and Plaintiff for any

The Honorable Pamela K. Chen
August 7, 2015

inconvenience this may have caused.

Accordingly, it is respectfully requested that Plaintiff's application be denied in its entirety. Thanking the Court for its time and consideration, I remain

                                            Respectfully,

                                            */S Pablo A. Fernandez*
                                            Pablo A. Fernandez
                                            Deputy County Attorney

cc:      James M. Maloney, Esq