UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

JAMES M. MALONEY,

                 Plaintiff,                           03 CV 786 (PKC) (AYS)

                - against -                        **NOTICE OF**
                                                           **MOTION**

KATHLEEN M. RICE,

                 Defendant.

-------------------------------------------------------------------X

Pursuant to Rule 6.3 of the Local Civil Rules of this Court, the undersigned respectfully

moves the Court for reconsideration of its text order dated August 11, 2015, which found as

moot Plaintiff's motion (ECF Document 150) to remove Tatum J. Fox, Esq., of the Nassau

County Police Department from the Notice of Electronic Filing ("NEF") distribution on this case.


Dated: August 24, 2015
       Port Washington, New York

                                 _____/s_____
                                 JAMES M. MALONEY (JM-5297)
                                 Plaintiff *Pro Se*
                                 Law Office of James M. Maloney
                                 33 Bayview Avenue
                                 Port Washington, New York 11050
                                 (516) 767-1395
                                 maritimelaw@nyu.edu