

James Michael Maloney <jmm257@nyu.edu>

## Activity in Case 2:03-cv-00786-PKC-AYS Maloney v. Rice Order on Motion to Withdraw as Attorney

1 message

ecf_bounces@nyed.uscourts.gov <ecf_bounces@nyed.uscourts.gov>  Tue, Aug 11, 2015 at 8:32 AM
To: nobody@nyed.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of New York

### Notice of Electronic Filing

The following transaction was entered on 8/11/2015 at 9:32 AM EDT and filed on 8/11/2015
**Case Name:**      Maloney v. Rice
**Case Number:**   2:03-cv-00786-PKC-AYS
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**ORDER finding as moot [150] Motion to Withdraw as Attorney: In light of the County's representation [151] that it has made a request to have Ms. Tatum Fox and Mr. David Tauster removed from the ECF notification list, the Court denies Plaintiff's motion [150] as moot. Ordered by Judge Pamela K. Chen on 8/11/2015. (Chiang, May)**

**2:03-cv-00786-PKC-AYS Notice has been electronically mailed to:**

Dorothy O. Nese    dorothy.nese@ag.ny.gov

Liora M. Ben-Sorek    lben-sorek@nassaucountyny.gov,  ncao@nassaucountyny.gov

James M. Maloney    maritimelaw@nyu.edu

Tatum J. Fox    tfox@pdcn.org

David Adam Tauster    dtauster@kdvlaw.com

**2:03-cv-00786-PKC-AYS Notice will not be electronically mailed to:**