

James Michael Maloney <jmm257@nyu.edu>

---

## Activity in Case 2:03-cv-00786-PKC-AYS Maloney v. Rice Letter
1 message

---

ecf_bounces@nyed.uscourts.gov <ecf_bounces@nyed.uscourts.gov>  Mon, Aug 24, 2015 at 1:59 AM
To: nobody@nyed.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Eastern District of New York

### Notice of Electronic Filing

The following transaction was entered by Maloney, James on 8/24/2015 at 2:59 AM EDT and filed on 8/24/2015
**Case Name:**        Maloney v. Rice
**Case Number:**   2:03-cv-00786-PKC-AYS
**Filer:**                  James M. Maloney
**Document Number:** 153

**Docket Text:**
Letter *informing the Court and Defendant that Plaintiff agrees to be deposed rather than be foreclosed from giving any testimony at trial,* by James M. Maloney (Attachments: # (1) Appendix text order of August 3, 2015) (Maloney, James)

**2:03-cv-00786-PKC-AYS Notice has been electronically mailed to:**

David Adam Tauster &nbsp &nbsp dtauster@kdvlaw.com

Dorothy O. Nese &nbsp &nbsp dorothy.nese@ag.ny.gov

James M. Maloney &nbsp &nbsp maritimelaw@nyu.edu

Liora M. Ben-Sorek &nbsp &nbsp lben-sorek@nassaucountyny.gov, ncao@nassaucountyny.gov

Tatum J. Fox &nbsp &nbsp tfox@pdcn.org

**2:03-cv-00786-PKC-AYS Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=8/24/2015] [FileNumber=10015250-0]
[5293dce6644bd37708afcfdbb37fdb6e8f290c84b6988fe40c3696017b06fec77643
da807339ceafb7db550918ebace7e936fae968223d7ae6cccfa7bfce7250]]
**Document description:** Appendix text order of August 3, 2015
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=8/24/2015] [FileNumber=10015250-1]
[405b461289d63b2a1913bdfbe52cf7b26624614f62e6d2bdcaf6288f9900afba780f
0421dc89990fab4e14ba7fcc220432af92c39941329b4d836b83b2b2b5d9]]



James Michael Maloney <jmm257@nyu.edu>

## Activity in Case 2:03-cv-00786-PKC-AYS Maloney v. Rice Letter
1 message

ecf_bounces@nyed.uscourts.gov <ecf_bounces@nyed.uscourts.gov>    Mon, Aug 24, 2015 at 7:43 AM
To: nobody@nyed.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**Eastern District of New York**

### Notice of Electronic Filing

The following transaction was entered by Maloney, James on 8/24/2015 at 8:43 AM EDT and filed on 8/24/2015

**Case Name:**       Maloney v. Rice
**Case Number:**     2:03-cv-00786-PKC-AYS
**Filer:**           James M. Maloney
**Document Number:** 154

**Docket Text:**
*Letter respectfully bringing to the Court's attention the fact that NEF distribution to Nassau County Police Department personnel continues (explanatory letter re: need to make motion for reconsideration)* **by James M. Maloney (Maloney, James)**

**2:03-cv-00786-PKC-AYS Notice has been electronically mailed to:**

David Adam Tauster &nbsp &nbsp dtauster@kdvlaw.com

Dorothy O. Nese &nbsp &nbsp dorothy.nese@ag.ny.gov

James M. Maloney &nbsp &nbsp maritimelaw@nyu.edu

Liora M. Ben-Sorek &nbsp &nbsp lben-sorek@nassaucountyny.gov, ncao@nassaucountyny.gov

Tatum J. Fox &nbsp &nbsp tfox@pdcn.org

**2:03-cv-00786-PKC-AYS Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=8/24/2015] [FileNumber=10015279-0]
[7a4d635d7ac5a45aeb89779d039914ad3354f3a5f75a4ee06d5b6b059acbbcad65e4
de8bd7784b6e7315656dd2b0fc4faac7b6d839f2abdf13525b12f1960156]]