UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JAMES M. MALONEY,                                                         CV-03-0786 (PKC) (AYS)

                             Plaintiff,                             NOTICE OF WITHDRAWAL
                                                    AS ATTORNEYS OF RECORD

    -   against -

MADELINE SINGAS, individually and in her
official capacity as Acting District Attorney
of the County of Nassau,

                             Defendant.
------------------------------------------------------------X

       The Court's Electronic Notification System lists Tatum J. Fox and David Adam Tauster as recipients of notifications of activity in the above-captioned case. Both of these attorneys had at one time appeared on behalf of the defendant in this action. Please take notice that former Deputy County Attorneys Tatum J. Fox and David Adam Tauster should be withdrawn as attorneys of record in the above-captioned case and that the Clerk's Office is respectfully requested to remove them from the list of recipients of notices of electronic filing.

Dated: Mineola, New York
          August 31, 2015

                                                                      CARNELL T. FOSKEY
                                                                       Nassau County Attorney
                                                                       One West Street
                                                                       Mineola, New York 11501

                                                         By:        /s/
                                                                       Liora M. Ben-Sorek
                                                                       Deputy County Attorney
                                                                       (516) 571-3014

To:    James M. Maloney
        33 Bayview Avenue
        Port Washington, New York 11050
        (516) 767-1395
        Plaintiff *Pro Se*