UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JAMES M. MALONEY,

                Plaintiff,

  -against-

MADELINE SINGAS, in her official capacity as Acting District Attorney of Nassau County,

                Defendant.
-----------------------------------------------------------------X

Case No. 03 Civ. 786 (PKC) (AYS)

**NOTICE OF APPEARANCE**

To:   The clerk of court and all parties of record

PLEASE TAKE NOTICE that Gary L. Donoyan hereby enters his appearance as counsel on behalf of plaintiff JAMES M. MALONEY limited to matters related to plaintiff's testimony; as for other matters plaintiff continues to represent himself, *pro se*.

Date:  29 September 2015

_____
Gary L. Donoyan (GD-7542)
LAW OFFICE OF GARY L. DONOYAN
Limited counsel to Plaintiff James M. Maloney, *pro se*
565 Plandome Road, #209
Manhasset, New York 11030
(516) 312-8782
gdonoyan@garydonoyanlaw.com