ADMITTED TO PRACTICE IN:
NEW YORK; NEW JERSEY;
UNITED STATES SUPREME COURT;
U.S. COURTS OF APPEALS FOR THE
SECOND AND THIRD CIRCUITS;
U.S. DISTRICT COURTS FOR THE
EASTERN DISTRICT OF TEXAS,
DISTRICT OF NEW JERSEY,
NORTHERN DISTRICT OF FLORIDA,
NORTHERN DISTRICT OF ILLINOIS,
DISTRICT OF CONNECTICUT, AND
NORTHERN, SOUTHERN & EASTERN
DISTRICTS OF NEW YORK; U.S.
COURT OF INTERNATIONAL TRADE;
U.S. COURT OF FEDERAL CLAIMS.

# JAMES M. MALONEY
### ATTORNEY AT LAW
### PROCTOR IN ADMIRALTY

P.O. BOX 551
33 BAYVIEW AVENUE
PORT WASHINGTON, NY 11050

TEL: (516) 767-1395
FAX: (516) 708-1395

E-MAIL ADDRESS:
maritimelaw@nyu.edu

December 7, 2018

The Honorable Pamela K. Chen
United States District Judge, E.D.N.Y.     **Via ECF**
Re:    *Maloney v. Singas*, 03-cv-786

Dear Judge Chen:

Further to Wednesday's oral argument, I am writing, as promised, to identify two parts of the transcript of Sensei Pellitteri's testimony that were referenced:

(1) Sensei Pellitteri states that "nunchucks seem to be the most popular martial arts weapon" at page 238, lines 9-10, and immediately thereafter explains his basis for the belief. That opinion is further developed beginning at the top of page 244. Related testimony appears beginning at page 253, line 17.

(2) Sensei Pellitteri refers to "the practical self-defense applications" of nunchaku training at page 226, lines 12-13, and opines about the utility of the nunchaku as a home defense weapon beginning at page 237, line 11. Cross-examination as to the practicality of self-defense with nunchaku begins at page 299, line 11.

Respectfully submitted,

James Michael Maloney