```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JAMES M. MALONEY,
                                                                    JUDGMENT

                    Plaintiff,                                      03-cv-786 (PKC)(AYS)

        v.

MADELINE SINGAS, in her official capacity as
Acting Nassau County District Attorney,

                    Defendants.
----------------------------------------------------------------X
```

An Order of the Honorable Pamela K. Chen, United States District Judge, having been filed on April 19, 2019, adopting the Report and Recommendation of Magistrate Judge Anne Y. Shields, dated April 2, 2019, granting the motion for attorney's fees by Plaintiff's limited counsel Gary L. Donoyan; and awarding Donoyan $6,300 in attorney's fees; it is

ORDERED and ADJUDGED that the motion for attorney's fees by Plaintiff's limited counsel Gary L. Donoyan is granted; and that Donoyan is awarded a total amount of $6,300.

| | |
|---|---|
| Dated: Brooklyn, New York<br>April 23, 2019 | Douglas C. Palmer<br>Clerk of Court |
| | By:   */s/Jalitza Poveda*<br>     Deputy Clerk |